IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WASABI SCRIPTS, LLC, a Washington limited liability corporation,<br><br>      Plaintiff.<br><br>  v.<br><br>FERNANDO ARIOSTO, an individual resident of Andorra, and<br>QFA TECH SLU d/b/a "Quasar Store,"<br><br>      Defendants. | Case No.:<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT |

   Plaintiff Wasabi Scripts, LLC. ("Wasabi") a Washington company and Robert Lawler ("Lawler") together file this complaint for copyright infringement of Wasabi's copyright-protected computer code covering modification or "mods" of the wildly popular *Grand Theft Auto V* videogame against repeat infringer *Quasar Store* ("Quasar").

## THE PARTIES

   1. Wasabi Scripts, LLC ("Wasabi") is a Washington State LLC that makes software modifications ("mods") for the popular videogame *Grand Theft Auto V*. Wasabi's website can be found at https://wasabiscripts.com/.

   2. On information and belief, Fernando Ariosto is a resident of Andorra and is the sole employee of QFA Tech SLU d/b/a Quasar Store (collectively, "Quasar"). Quasar's script store for various mods can be found here https://quasar-store.tebex.io/ and is promoted from https://www.quasar-store.com. Upon information and belief, defendants FERNANDO ARIOSTO, and QFA TECH SLU d/b/a "Quasar Store" are ostensibly one-in-the-same person. On information and belief, Mr. Ariosto operates the company as a liability shield for situations like the instant lawsuit.

1

## JURISDICTION AND VENUE

3. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

4. This Court has subject matter jurisdiction of this action under 28 U.S.C. § 1331 (Federal Question) because this is an action arising from the U.S. Copyright Act 17 U.S.C. § 501 *et seq.*

5. This Court has jurisdiction over the state law claims of this action under the doctrine of supplemental jurisdiction, 28 U.S.C. § 1367 because the claims alleged are so related to the claims in this action over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

6. This Court has personal jurisdiction under 18 U.S.C. § 2334(a) because plaintiffs reside in the State of Washington; and Quasar intentionally targeted plaintiffs, who are known to reside in the State of Washington. Given the repeated instances of infringement, Quasar knew that Wasabi is located in Washington State.

7. This Court has personal jurisdiction over Quasar because Quasar consented to personal jurisdiction under 17 U.S.C. § 512(g)(3)(D) when Quasar submitted its counter-notification.

8. Venue is proper in this District under 28 U.S.C. § 1391 because Quasar consented to this venue under 17 U.S.C. § 512(g)(3)(D) when Quasar submitted its counter-notification.

## FACTUAL BACKGROUND

### A. Robert Lawler Creates the Works for Wasabi

9. Beginning or about October 2022, Lawler, working for Wasabi Scripts, LLC ("Wasabi"), created the game modification ("mod") called "Advanced Ambulance Job," for the

popular videogame *Grand Theft Auto V*. Lawler personally wrote the code pursuant to a work-for-hire arrangement with Wasabi; and released it on a number of mod distribution platforms such as FiveM. The code is voluminous, but portions of the infringing excerpts are provided as discussed herein.

10. On information and belief, the distribution platform FiveM "is a modification for *Grand Theft Auto V* enabling a user to play multiplayer on customized dedicated servers." FiveM's website can be found at https://fivem.net/.

11. "Advanced Ambulance Job" ("the Work") enhances the player's experience in several ways, providing a fully immersive medical roleplay experience to a FiveM server. It features a dynamic injury and healing system, realistic stretchers, crutch and wheelchair, and a functional garage for emergency vehicles. With an in-depth pharmacy and medical supplies system, players can more closely emulate the role of a real-life paramedic. Additional features include the following:

  a. Compatibility with ESX / QB / QBOX Framework

  b. Preconfigured with 6+ Death Screen UIs

  c. Advanced Healing System with Configurable Damages and Items

  d. Functional Medic Bag with Medicines

  e. Useable Defibrillator to Revive Characters

  f. Synchronized CPR Animation

  g. Complete Death System with 3 Stages [Bleeding, Last Stand, Death]

  h. Simple Dispatch System

  i. Functional Stretcher System

  j. Bodybags for Potential Dead Players

k. Hospital Cabinet and Pharmacy

l. Check-In System with Insurance Compatibilities

m. Simple Hospital Beds System

n. Advanced Crutch and Wheelchair Compatibilities

o. Outfit System

p. Garage and Helipads System

q. Ambulance GPS System

12. Videos describing this mod can be found at https://www.youtube.com/watch?v=GYl_NtPbpM4 and https://wasabiscripts.com/product/5306547.

13. Wasabi did not consent to Quasar or its agents to copy or distribute the Work.

14. The Work to-date has been downloaded at least 18,024 times and has become a fan-favorite within the *Grand Theft Auto V* online community.

15. Wasabi charges around $50 for this mod alone; or $30 per month for a subscription to several mods.

16. The Work has earned approximately $ 287,480.54 in revenue since its release in October 2022, averaging $95,826.85 per year, or $262.54 a day. Given this history of strong commercial success, it is no wonder why Quasar has embarked on a campaign of theft.

**B.  Wasabi Discovers the Infringing "Hospital Creator"/ "Medical Creator" and Issues a DMCA Takedown Notice**

17. On or about September 9, 2025, Wasabi sent takedown notices pursuant to 17 U.S.C. § 512 under the Digital Millennium Copyright Act ("DMCA") to three hosting platforms Tebex, Fragmentor.io ("Fragmentor"), and YouTube for the infringing work called "Hospital Creator." A true and accurate copy of this takedown request is attached hereto as Exhibit A##.

4

18.     Attached as Exhibit B is a sample comparison of Wasabi's original "Advanced Ambulance Job" code and the infringing "Hospital Creator." These examples, and others, are not coincidental. This code only could have been copied by a person who had access to the Work. Excerpts of this exhibit are reproduced below:



| Wasabi's Scripts from the Work: | Quasar's Copying of Scripts: |
|---|---|

5



19.     On or about September 10, 2025, YouTube and Fragmentor.io complied with Wasabi's request and removed the infringing material. Tebex did not comply immediately.

20.     On or about September 26, 2025, Wasabi sent another email to Tebex informing them they have not responded with confirmation or acknowledgement for over two weeks since Wasabi sent the initial takedown request.

21.     On or about September 29, 2025 Tebex responded and apologized for the delay, and also acknowledged that on September 10, they complied with the takedown request of the infringing "Hospital Creator." A true and accurate copy of this exchange is attached as Exhibit C.

**C.     The Infringing Work Is Re-Uploaded with a New Name and Wasabi Issues Another Takedown Request**

22.     On information and belief, before October 7, 2025, defendant Quasar re-uploaded the same infringing product "Hospital Creator" under a new name and product page called "Medical Creator." This, too, was without consent; and only could have been done with access to the original Work. On information and belief, Quasar removed a showcase video from

Fragmentor.io and YouTube as web hosts as an attempt to give the false pretense of compliance with the initial September 9th DMCA takedown notice.

23. At or around October 7, 2025 Wasabi therefore initiated a **second** takedown request for the infringing "Medical Creator." A true and accurate copy of an exceprt of this requst is attached hereto as Exhibit D (redacted for privilege).

24. Tebex did not forward any counter-notification from Quasar to Wasabi, as required by 17 U.S.C. § 512(g)(2)(B) until four days after they received it from Quasar – further delaying Wasabi from seeking redress. Tebex's email sending Quasar's counter-notification is attached as Exhibit E.

25. On information and belief, Quasar submitted a counter-notification pursuant to 17 U.S.C. § 512(g)(3)(D) to Tebex on October 9, 2025. Attached as Exhibit F is a true and accurate copy of this counter-notification. Attached below is an excerpt from this exhibit wherein the defendants consent to jurisdiction in Delaware:

**5. Jurisdiction and service of process**

As I reside outside the United States, I state the following:

"I consent to the jurisdiction of any United States Federal District Court in **Delaware, New Castle County**, in which Tebex may be found."

"I will accept service of process from the person who provided the original notification or an agent of such person."

**6. Contact information**

**Full Name:** Fernando Ariosto
**Title:** Director - QFA TECH SLU
**Company:** Quasar Store
**Address:** Andorra la Vella, Andorra, Roureda de Sansa n°24
**Email:** contact@quasar-store.com
**Phone:** +34 690172780

**7. Signature**

*Electronically signed:*
Fernando Ariosto
Director - QFA TECH SLU
Owner of Quasar Store
Date: 09/10/2025

26. Attached as Exhibit G is a true and accurate comparison of Wasabi's original "Advanced Ambulance Job" code and the infringing "Medical Creator." An excerpt of this exhibit is reproduced below:

| Wasabi's Scripts from the Work: | Quasar's Copying of Scripts: |
|---|---|
| ```lua
Config.ReviveRewards = {
    enabled = true,
    paymentAccount = 'money',
    no_injury = 4000,
    burned = 3000,
    beat = 2500,
    stabbed = 2000,
    bleedout = 2000,
    shot = 1500,
}
``` | ```lua
-- When EMS revives a player
Config.EmsRevivePrizes = {
    enable = true,
    burned = 3000,
    beat = 2500,
    bleed = 2000,
    stabbed = 2000,
    shot = 1500,
    noInjury = 4000,
}
``` |

8

[Side-by-side code comparison images showing Config.PainPills configurations, injury report severity labels (none/mild/moderate/severe/deadly), and PNG asset file listings (burncream.png, defib.png, icepack.png, medbag.png, medikit.png, morphine15.png, morphine30.png, perc5.png, perc10.png, perc30.png, sedative.png, stretcher.png, suturekit.png, tweezers.png, vic5.png, vic10.png)]

27. On or about October 10, 2025 Tebex removed the product page of the infringing "Medical Creator" product.

28. Wasabi applied for copyright protection on the original "Advanced Medical Creator," and was provided the case number 1-15026304721. See Exhibit H for a confirmation of receipt of application from the U.S. Copyright Office.

29. Wasabi has been harmed in a number of ways by the repeated infringement. Wasabi has lost sales and has had his reputation harmed by others downloading incorrectly copied and

9

indexed code. Based on currently known information, Wasabi estimates that is has lost at least 13% in sales since it discovered the infringement in early September – at least $6,000. Wasabi estimates this harm to reptuation equates to approxmiately $65,000. Wasabi has also lost valuable time investigating the claims in this case. Based on Mr. Lawler's consulting rate of $250 per hour at around 50 hours of lost time, Wasabi has lost approxmiately $12,500 in lost time alone. Total, Mr. Lawler estimates his actual losses, before attorney fees, to be $83,500.

**CLAIMS FOR RELIEF AGAINST ALL DEFENDANTS**

**COUNT I**
*Copyright Infringement of the Registered Advanced Ambulance Job*

30. All the preceding paragraphs 1 through 30 are expressly incorporated as if fully stated herein.

31. Wasabi is the owner and author for Advanced Ambulance Code ("the Work").

32. Wasabi applied for copyright registration for the Work on or about October 24, 2025, and was provided the case number 1-15026304721.

33. Defendants had access to the source code for Advanced Medical Creator by virtue of such code being placed on multiple distribution platforms.

34. Defendants, without consent from Wasabi, copied salient portions of computer code from Advanced Medical Creator to create the infringing works "Hospital Creator" and "Medical Creator" ("the Infringing Works").

35. Advanced Medical Creator is substantially similar to Hospital Creator and Medical Creator.

36. Defendants are the owners and operators of the websites https://quasar-store.tebex.io/ and https://quasar-store.com uses these sites to host, at various times the Infringing

Works. On information and belief, and by virtue of the counter-notification shown at Exhibit C, Defendants are solely responsible for uploading all the scripts for mods.

37. Defendants intentionally, willfully, and with notice of the protectability and ownership of the Work copied and distributed Infringing Works in violation of 17 U.S.C. §§ 106 and 501 *et seq.*

38. The public interest would be served by an order from this court pursuant to 17 U.S.C. § 502 enjoining further copyright and distribution using computer servers in the United States. The public benefits from strong copyright laws that benefit American creators and prevent coutnerfeit knockoff mods from being disseminated. The public interest also is served by enforcement of copyright laws to encourage the creative arts.

39. Therefore, Wasabi is entitled to an injunction under § 502 preventing further copying and dissemination of the Infringing Works.

40. Once Wasabi is established as the prevailing party, Wasabi will also be entitled to an award of reasonable attorney's fees pursaunt to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff hereby requests the entry of judgment in its favor and against Defendants as follows:

A. An injunction preventing any further copying or dissemination using computers in the United States of any mod that is substantially similar to Wasabi's copyrighted Work called "Advanced Ambulance Job."

B. An award of actual damages in the amount of at least $83,500.

C. Reimbursement of reasonable attorney fees in an amount to be proven at the conclusion of this case.

D.  Any other relief this Court deems correct and equitable.


DATED: November 3, 2025               By: *William R. Firth, III*
                                      William R. Firth III (No. 4356)
                                      Practus LLP
                                      E-mail:  william.firth@practus.com
                                      1000 N. West Street, Suite 1200
                                      Wilmington, DE 19801
                                      Ph. 302-846-7834


                                      *Tim J. Billick*
                                      Tim J. Billick, Wash. Bar. No. 46690
                                      *Pro hac vice forthcoming*
                                      Practus LLP
                                      E-mail:  tim.billick@practus.com
                                      600 First Ave, Ste.102
                                      Seattle, WA  98104
                                      Ph. 206-844-6539

                                      *Attorneys for Plaintiff*