# EXHIBIT A

**To Whom It May Concern,**

I am writing to submit a formal notification of infringement pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(c), and to request the immediate removal of infringing material that violates my intellectual property rights.

### 1. Complainant Information

- **Name:** Robert Lawler
- **Company/Organization:** Wasabi Scripts LLC
- **Website:** https://wasabiscripts.com
- **Address:** 173 E Aloha Ln, Unit A, Shelton, WA 98584, United States
- **Email:** support@wasabiscripts.com

### 2. Description of the Original Copyrighted Work

The copyrighted material includes, but is not limited to:

- Advanced Ambulance Job (wasabi_ambulance)

### 3. Infringing Material

The infringing material can be found for sale at the following locations:

- **Platform Names:** Tebex, Fragmentor
- **URLs of Infringing Content:** https://www.quasar-store.com/scripts/hospital ,
- **Description of Infringing Content:** The infringing material is "Hospital Creator" ('[ambulance]') distributed by Quasar Store, which contains substantial portions of my copyrighted work without authorization.

**Evidence of copyright infringement:**

1. **Direct admission of copying:**
   - File: '[ambulance]/qs-hospital-creator/config/main.lua'
   - Line: 291: "-- identical to wasabi_ambulance items for easy compatibility with wasabi"
   - Evidence: See attached screenshot "01_Direct_Admission_Line_291.png"
   - This is a direct admission by the infringer that they copied our work.

2. **Identical configuration structures:**
   - Hospital Creator: '[ambulance]/qs-hospital-creator/config/main.lua' (lines 262-270, 293-301, 223-252, 280-283, 303-308, 341-366)
   - Advanced Ambulance Job: 'wasabi_ambulance/game/configuration/config.lua' (lines 363-372, 221-231, 385-390, 196, 198-203, 344-361)
   - Evidence: See attached screenshots "02_ReviveRewards_Config_Comparasion.png", "03_PainPills_Config_Comparasion.png", "04_TreatmentItems_Config_Comparasion.png", "05_DamageDetectThreshold_Comparasion.png", "06_BleedMultiplier_Comparasion.png", "07_EMSItems_Config_Comparasion.png"
   - Contains identical "Config.ReviveRewards", "Config.PainPills", "Config.BleedMultiplier structure with exact same values with some re-organized in order, and identical Config.TreatmentItems, Config.DamageDetectThreshold, and Config.EMSItems mapping

3. **Identical string keys and values:**
   - Hospital Creator: '[ambulance]/qs-hospital-creator/locales/en.json'
   - Advanced Ambulance Job: 'wasabi_ambulance/configuration/locales/en.lua'
   - Evidence: See attached screenshot "08_String_Key_Comparasion_ 1.png", "09_String_Key_Comparasion_2.png", "10_String_Key_Comparasion_3.png", "11_String_Key_Comparasion_4.png", "12_String_Key_Comparasion_5.png"
   - Contains identical string and values as our original work

4. **Identical medical item definitions:**
   - Evidence: See attached screenshot "13_Medicial_Items_Comparasion.png"
   - Identical medical item names: morphine30, morphine15, perc30, perc10, etc.
   - Identical item properties and values

5. **Identical item image concept and naming**
   - Evidence: See attached screenshot "14_Medical_Item_Images_Comparasion.png"
   - Identical medical item image concepts and names: burncream.png, defib.png, icepack.png, etc.

6. **Identical variables, table values, and structure**
   - Evidence: See attached screenshot "15_PlayerSkeleton_Print_Comparasion.png"
   - Quasar Store's 'Config.PlayerSkeleton' object mirrors my original 'PlayerSkeleton' structure with the same keys ('head', 'neck', 'spine', 'upper_body', 'lower_body', 'left_arm', 'left_leg', 'right_arm', 'right_leg') and identical field values ('label', 'limp', 'level', 'bleed'). The only superficial modification is the addition of a 'bone' field. This level of similarity strongly indicates copying rather than coincidence.

**4. Statement of Good Faith Belief**

I have a good faith belief that the use of the material identified above is not authorized by me, my agent, or the law.

**5. Statement of Accuracy and Authorization**

I swear, under penalty of perjury, that the information contained in this notification is accurate and that I am the copyright owner or authorized to act on behalf of the copyright owner.

**6. Request for Action**

I respectfully request the following actions:

1. Immediate removal or disabling of access to the infringing material identified above.
2. Written confirmation that the infringing content has been removed or disabled.

**7. Electronic Signature**

*Robert Lawler*

**Wasabi Scripts LLC**

**Additional Note:**

Reposting of this material, under the guise of minor alterations, demonstrates clear disregard for copyright law.

**The repeated infringement poses serious risks of consumer confusion and financial damages. I request this issue be treated with the utmost urgency to prevent further harm.**

If additional information or documentation is needed, I can be contacted directly at robby.lawler@icloud.com or (360) 470-1746.

Thank you for your immediate attention to this matter.

Sincerely,
Robert Lawler
Wasabi Scripts LLC