# EXHIBIT B

# QUASAR DEBUG PRINTS

```
script:qs-hospital-creator {
script:qs-hospital-creator     "upper_body": {
script:qs-hospital-creator         "level": 0,
script:qs-hospital-creator         "bone": 38,
script:qs-hospital-creator         "label": "Upper Body",
script:qs-hospital-creator         "limp": false,
script:qs-hospital-creator         "bleed": 0
script:qs-hospital-creator     },
script:qs-hospital-creator     "right_arm": {
script:qs-hospital-creator         "level": 0,
script:qs-hospital-creator         "bone": 70,
script:qs-hospital-creator         "label": "Right Arm",
script:qs-hospital-creator         "limp": false,
script:qs-hospital-creator         "bleed": 0
script:qs-hospital-creator     },
script:qs-hospital-creator     "spine": {
script:qs-hospital-creator         "level": 0,
script:qs-hospital-creator         "bone": 97,
script:qs-hospital-creator         "label": "Spine",
script:qs-hospital-creator         "limp": true,
script:qs-hospital-creator         "bleed": 0
script:qs-hospital-creator     },
script:qs-hospital-creator     "head": {
script:qs-hospital-creator         "level": 0,
script:qs-hospital-creator         "bone": 103,
script:qs-hospital-creator         "label": "Head",
script:qs-hospital-creator         "limp": false,
script:qs-hospital-creator         "bleed": 0
script:qs-hospital-creator     },
script:qs-hospital-creator     "left_arm": {
script:qs-hospital-creator         "level": 0,
script:qs-hospital-creator         "bone": 41,
script:qs-hospital-creator         "label": "Left Arm",
script:qs-hospital-creator         "limp": false,
script:qs-hospital-creator         "bleed": 0
script:qs-hospital-creator     },
script:qs-hospital-creator     "left_leg": {
script:qs-hospital-creator         "level": 0,
script:qs-hospital-creator         "bone": 3,
script:qs-hospital-creator         "label": "Left Leg",
script:qs-hospital-creator         "limp": true,
script:qs-hospital-creator         "bleed": 0
script:qs-hospital-creator     },
script:qs-hospital-creator     "right_leg": {
script:qs-hospital-creator         "level": 0,
script:qs-hospital-creator         "bone": 23,
script:qs-hospital-creator         "label": "Right Leg",
script:qs-hospital-creator         "limp": true,
script:qs-hospital-creator         "bleed": 0
script:qs-hospital-creator     },
script:qs-hospital-creator     "lower_body": {
script:qs-hospital-creator         "level": 0,
script:qs-hospital-creator         "bone": 1,
script:qs-hospital-creator         "label": "Lower Body",
script:qs-hospital-creator         "limp": true,
script:qs-hospital-creator         "bleed": 0
script:qs-hospital-creator     },
script:qs-hospital-creator     "neck": {
script:qs-hospital-creator         "level": 0,
script:qs-hospital-creator         "bone": 39317,
script:qs-hospital-creator         "label": "Neck",
script:qs-hospital-creator         "limp": false,
script:qs-hospital-creator         "bleed": 0
script:qs-hospital-creator     }
script:qs-hospital-creator }
```

# Wasabi Scripts

```lua
--------------------For support, scripts, and more------------------
------------------   https://discord.gg/wasabiscripts   ------------
-------------------------------------------------------------------

PlayerSkeleton = {
    head = { label = Strings.ply_injury_head, limp = false, level = 0, bleed = 0 },
    neck = { label = Strings.ply_injury_neck, limp = false, level = 0, bleed = 0 },
    spine = { label = Strings.ply_injury_spine, limp = true, level = 0, bleed = 0 },
    upper_body = { label = Strings.ply_injury_upper, limp = false, level = 0, bleed = 0 },
    lower_body = { label = Strings.ply_injury_lower, limp = true, level = 0, bleed = 0 },
    left_arm = { label = Strings.ply_injury_left_arm, limp = false, level = 0, bleed = 0 },
    left_leg = { label = Strings.ply_injury_left_leg, limp = true, level = 0, bleed = 0 },
    right_arm = { label = Strings.ply_injury_right_arm, limp = false, level = 0, bleed = 0 },
    right_leg = { label = Strings.ply_injury_right_leg, limp = true, level = 0, bleed = 0 },
}
```

```lua
272    Config.DeadAnimation = {
273        dict = 'mini@cpr@char_b@cpr_def',
274        anim = 'cpr_pumpchest_idle'
275    }
276
277    Config.EnableInjury = true
278
279    -- Threshold for detecting injury
280    Config.DamageDetectThreshold = {
281        armour = 5,
282        health = 5
283    }
284
285    Config.InjuryNotification = true
286    Config.InjuryNotificationInterval = 1 * 60000 -- Time interval (in milliseconds) between injury notifications sent to the player (1 m
287
288    Config.DisableNoJumpInjury = false              -- Disable when being injured that you cant job on occasion
289    Config.EnablePainPills = true                   -- Enable pain pills? Used to aliviate injurys temporarily
290
291    -- identical to wasabi_ambulance items for easy compatibility with wasabi
292    -- if it exceeds level 10, it could be fatal.
293
294        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
295        ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
296        ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
297        ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
298        ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
299        ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
300        ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
301    }
302
303    Config.BleedMultiplier = {
304        shot = 2,       -- Blood loss rate multiplier when shot (2x = 2 times faster blood loss)
305        stabbed = 2,    -- Blood loss rate multiplier when stabbed (2x = 2 times faster blood loss)
306        beat = 0,       -- Blood loss rate multiplier when beaten (0 = no blood loss)
307        burned = 0,     -- Blood loss rate multiplier when burned (0 = no blood loss)
308    }
309
310    -- Bandage item
311    Config.BandageItem = {
312        enable = true,
313        item = 'bandage',
314        regeneration = 50,  -- Regeneration percentage (default 50%)
315        healBleed = false,  -- Fix bleed? (When a player bleeds from a gun, he can treat himself without going to a doctor.)
316        duration = 7 * 1000 -- Progress duration
317    }
318
319    -- Don't forget: player must be admin to access the creator menu.
320    Config.CreatorJobs = { -- Jobs allowed to create crafting tables
321        'realestate',
322        'police',
323    }
```

Side-by-side comparison of two Lua config files.

**Left panel: `config.lua` (wasabi_ambulance > game > configuration > config.lua > {} Config.ReviveRewards)**

```lua
344    Config.EMSItems = {
349        heal = {
350            item = 'medikit',        -- Item used for healing
351            duration = 5 * seconds,  -- Time to use
352            healBleed = true,        -- Heal bleed?
353            remove = true            -- Remove item when using?
354        },
355        sedate = {
356            item = 'sedative',       -- Item used to sedate players temporarily
357            duration = 8 * seconds,  -- Time sedative effects last
358            remove = true            -- Remove item when using?
359        },
360        medbag = 'medbag',           -- Medbag item name used for getting supplies to treat patient
361    }
362
363    Config.ReviveRewards = {
364        enabled = true,              -- Enable cash rewards for reviving
365        paymentAccount = 'money',    -- If you have old ESX 1.1 you may need to switch to 'cash'
366        no_injury = 4000,            -- If above enabled, how much reward for fully treated patient with no injury in
367        burned = 3000,               -- How much if player is burned and revived without being treated
368        beat = 2500,                 -- So on, so forth
369        stabbed = 2000,
370        bleedout = 2000,             -- NEW
371        shot = 1500,
372    }
373
374    Config.ReviveHealth = { -- How much health to deduct for those revived without proper treatment
375        shot = 60,          -- Ex. If player is shot and revived without having the gunshots treated; they will re
376        stabbed = 50,
377        beat = 40,
378        burned = 20
379    }
380
381    Config.ReviveTime = 12 * seconds   -- Time to revive player
382    Config.TreatmentTime = 9 * seconds -- Time to perform treatment
383    Config.DiagnoseTime = 7 * seconds  -- Time to diagnose patient
384
385    Config.TreatmentItems = {
386        shot = 'tweezers',
387        stabbed = 'suturekit',
388        beat = 'icepack',
389        burned = 'burncream'
390    }
391
392    Config.lowHealthAlert = {
393        enabled = false,
394        health = 140, -- Notify when at HP (200 full health / 100 is death)
395        notification = {
396            title = 'ATTENTION',
397            description = 'You are in bad health. You should see a doctor soon!'
398        }
399    }
400
401    Config.EnableStandaloneCheckIns = false -- Enable stand-alone check-in locations? For grandmas, prisons, whatev
```

**Right panel: `main.lua` ([ambulance] > qs-hospital-creator > config > main.lua)**

```lua
223    Config.TreatmentItems = {
245        {
249            image = Config.ImagePath .. 'burncream.png',
250            injury = 'burned'
251        }
252    }
253
254    Config.TreatmentTime = 9 * 1000 -- Progress duration for treatment
255
256    Config.LastStand = true
257    Config.MuteDeadPlayer = true       -- If player is dead, he will not be able to talk
258    Config.RespawnTimer = 5 * 60000    -- Last stand timer (5 minutes)
259    Config.BleedOutTimer = 20 * 60000  -- Bleed out timer (20 minutes)
260
261    -- When EMS revives a player, they will receive these prizes
262    Config.EmsRevivePrizes = {
263        enable = true,
264        burned = 3000,
265        beat = 2500,
266        bleed = 2000,
267        stabbed = 2000,
268        shot = 1500,
269        noInjury = 4000,
270    }
271
272    Config.DeadAnimation = {
273        dict = 'mini@cpr@char_b@cpr_def',
274        anim = 'cpr_pumpchest_idle'
275    }
276
277    Config.EnableInjury = true
278
279    -- Threshold for detecting injury
280    Config.DamageDetectThreshold = {
281        armour = 5,
282        health = 5
283    }
284
285    Config.InjuryNotification = true
286    Config.InjuryNotificationInterval = 1 * 60000 -- Time interval (in milliseconds) between injury notifications
287
288    Config.DisableNoJumpInjury = false       -- Disable when being injured that you cant job on occasion
289    Config.EnablePainPills = true            -- Enable pain pills? Used to aliviate injurys temporarily
290
291    -- identical to wasabi_ambulance items for easy compatibility with wasabi
292    -- if it exceeds level 10, it could be fatal.
293    Config.PainPills = {
294        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
295        ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
296        ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
297        ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
298        ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
299        ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
300        ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
```

config.lua 9+ ✕ | wasabi_ambulance > game > configuration > config.lua > {} Config.BleedMultiplier
main.lua 9+ | [ambulance] > qs-hospital-creator > config > main.lua > {} Config.DamageDetectThreshold > # health
Case 1:25-cv-01340-RGA    Document 1-2    Filed 11/04/25    Page 5 of 16 PageID #: 21

Left pane (wasabi_ambulance/game/configuration/config.lua):

```lua
205    Config.BypassInjuryWeapons = {    -- Hashes placed in this table will bypass injury reasons
           `WEAPON_DROWNING`,
209        `WEAPON_DROWNING_IN_VEHICLE`,
210        -- `WEAPON_FALL`,
211    }
212
213
214    Config.InjuryNotification = true                  -- Enable injury notification?
215    Config.InjuryNotificationFrequency = 1 * minutes  -- How often to notify player of injury
216    Config.BlackoutEffect = false                     -- Enable blackout, Ragdoll caused by live injury
217
218    Config.DisableNoJumpInjury = false                -- Disable when being injured that you cant job on occasion
219    Config.EnablePainPills = true                     -- Enable pain pills? Used to aliviate injurys temporarily
220
221    Config.PainPills = {                              -- Add more as you please. The level field simulates the seve
222        -- ['ITEM_NAME'] = { label = ITEM_LABEL, duration = SECONDS }
223        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
224        ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
225        ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
226        ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
227        ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
228        ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
229        ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
230
231    }
232
233    -- 3rd party scripts
234    Config.wasabi_crutch = {    -- If you use wasabi_crutch:
235        ------------------------------------------------------
236        --            If you use wasabi_crutch             --
237        -- https://store.wasabiscripts.com/category/2080869 --
238        ------------------------------------------------------
239
240        -- Crutch Settings
241        crutchInMedbag = {  -- Enabled? Item name? REQUIRES WASABI_CRUTCH
242            enabled = false,
243            item = 'crutch'
244        },
245        crutchInJobMenu = false,  -- Crutch menu accessible from job menu if true. REQUIRES WASABI_CRUTCH
246        crutchOnCheckIn = {       -- Place crutch for certain amount of time if they visit the hospital or bleedout
247            enabled = false,      -- Requires wasabi_crutch
248            duration = 3          -- How long stuck with crutch after check-in(In minutes)
249        },
250        -- Chair settings
251        chairInMedbag = {  -- Enabled? Item name? REQUIRES WASABI_CRUTCH
252            enabled = false,
253            item = 'wheelchair'
254        },
255        chairInJobMenu = false -- Chair menu accessible from job menu if true. REQUIRES WASABI_CRUTCH
256    }
257
258    Config.EnviPrescriptions = {
259        ------------------------------------------------------
260        --            If you use Envi Prescriptions:         --
261        -- https://envi-scripts.tebex.io/package/5604452 --
```

Right pane ([ambulance]/qs-hospital-creator/config/main.lua):

```lua
280    Config.DamageDetectThreshold = {
281        armour = 5,
282        health = 5
283    }
284
285    Config.InjuryNotification = true
286    Config.InjuryNotificationInterval = 1 * 60000  -- Time interval (in milliseconds) between injury notifications s
287
288    Config.DisableNoJumpInjury = false                -- Disable when being injured that you cant job on occasion
289    Config.EnablePainPills = true                     -- Enable pain pills? Used to aliviate injurys temporarily
290
291    -- identical to wasabi_ambulance items for easy compatibility with wasabi
292
293    Config.PainPills = {
294        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
295        ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
296        ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
297        ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
298        ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
299        ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
300        ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
301    }
302
303    Config.BleedMultiplier = {
304        shot = 2,       -- Blood loss rate multiplier when shot (2x = 2 times faster blood loss)
305        stabbed = 2,    -- Blood loss rate multiplier when stabbed (2x = 2 times faster blood loss)
306        beat = 0,       -- Blood loss rate multiplier when beaten (0 = no blood loss)
307        burned = 0,     -- Blood loss rate multiplier when burned (0 = no blood loss)
308    }
309
310    -- Bandage item
311    Config.BandageItem = {
312        enable = true,
313        item = 'bandage',
314        regeneration = 50,  -- Regeneration percentage (default 50%)
315        healBleed = false,  -- Fix bleed? (When a player bleeds from a gun, he can treat himself without going to a
316        duration = 7 * 1000  -- Progress duration
317    }
318
319    -- Don't forget: player must be admin to access the creator menu.
320    Config.CreatorJobs = {  -- Jobs allowed to create crafting tables
321        'realestate',
322        'police',
323    }
324
325    Config.CreatorDefaultItems = {
326        { name = 'medbag',    label = 'Medical Bag',    price = 1000, description = 'Medical Bag' },
327        { name = 'medikit',   label = 'First-Aid Kit',  price = 250,  description = 'First-Aid Kit' },
328        { name = 'morphine30', label = 'Morphine 30MG', price = 100,  description = 'Morphine 30MG' },
329        { name = 'morphine10', label = 'Morphine 10MG', price = 45,   description = 'Morphine 10MG' },
330        { name = 'perc30',    label = 'Percocet 30MG',  price = 60,   description = 'Percocet 30MG' },
331        { name = 'perc10',    label = 'Percocet 10MG',  price = 40,   description = 'Percocet 10MG' },
332        { name = 'perc5',     label = 'Percocet 5MG',   price = 30,   description = 'Percocet 5MG' },
333        { name = 'vic10',     label = 'Vicodin 10MG',   price = 30,   description = 'Vicodin 10MG' },
```

```lua
379 }
380
381 Config.ReviveTime = 12 * seconds    -- Time to revive player
382 Config.TreatmentTime = 9 * seconds  -- Time to perform treatment
383 Config.DiagnoseTime = 7 * seconds   -- Time to diagnose patient
384
385 Config.TreatmentItems = {
386     shot = 'tweezers',
387     stabbed = 'suturekit',
388     beat = 'icepack',
389     burned = 'burncream'
390 }
391
392 Config.lowHealthAlert = {
393     enabled = false,
394     health = 140, -- Notify when at HP (200 full health / 100 is death)
395     notification = {
396         title = 'ATTENTION',
397         description = 'You are in bad health. You should see a doctor soon!'
398     }
399 }
400
401 Config.EnableStandaloneCheckIns = false -- Enable stand-alone check-in locations? For grandmas, prisons, whate
402 Config.CheckIfJailed = {
403     enabled = false,                  -- Check if player is jailed before respawning? (If using standalone ch
404     location = 'Prison',              -- If player is jailed, they will respawn on this location. Location
405     resource = ''                     -- Options: 'wasabi_police' (if you are using our police job's built-i
406 }
407
408 Config.StandaloneCheckIns = {
409
410     Prison = {                                          -- Example, QB Prison check-in
411         Ped = 's_m_m_scientist_01',                     -- Check in ped
412         Coords = vec3(1729.03, 2563.33, 45.56 - 0.9),   -- Coords of ped
413         Distance = 4.85,                                -- Distance to show textUI (If target is not enabled bel
414         Heading = 181.42,                               -- Heading of ped
415         Cost = 5,                                       -- Cost of using hospital check-in. Set to false for fre
416         Duration = 15 * seconds,                        -- Time it takes to spend in hospital bed
417         PayAccount = 'bank',                            -- Account dead player pays from to check-in
418         Label = '[E] - Check In',                       -- label of text UI if target is not enabled below
419         HotKey = 38,                                    -- Default: 38 (E) (If target below is not enabled)
420         Target = {
421             enabled = true,                             -- Enable Target? (Can be customized in wasabi_bridge/cus
422             label = 'Check In',
423             coords = vec3(1729.03, 2563.33, 45.56),
424             heading = 63.26,
425             distance = 5.0,
426             width = 2.0,
427             length = 1.0,
428             minZ = 43.28 - 0.9,
429             maxZ = 43.28 + 0.9
430         },
431         DisableHospitalBeds = true,                                 -- Disable hospita
432         RespawnNoBedLocation = { coords = vec3(1729.03, 2563.33, 45.56), heading = 339.02 }, -- Coords and head
```

```lua
217     if Config.Inventory == 'qb-inventory' then
218
219     elseif Config.Inventory == 'ox_inventory' then
220         Config.ImagePath = 'nui://ox_inventory/web/images/'
221     end
222
223     Config.TreatmentItems = {
224         {
225             item = 'tweezers',
226             label = 'Tweezers',
227             description = 'Use for gun shot wounds',
228             image = Config.ImagePath .. 'tweezers.png',
229             injury = 'shot'
230         },
231         {
232             item = 'suturekit',
233             label = 'Suture Kit',
234             description = 'Use for stab wounds',
235             image = Config.ImagePath .. 'suturekit.png',
236             injury = 'stabbed'
237         },
238         {
239             item = 'icepack',
240             label = 'Ice Pack',
241             description = 'Use for beat wounds',
242             image = Config.ImagePath .. 'icepack.png',
243             injury = 'beat'
244         },
245         {
246             item = 'burncream',
247             label = 'Burn Cream',
248             description = 'Use for burn wounds',
249             image = Config.ImagePath .. 'burncream.png',
250             injury = 'burned'
251         }
252     }
253
254     Config.TreatmentTime = 9 * 1000 -- Progress duration for treatment
255
256     Config.LastStand = true
257     Config.MuteDeadPlayer = true        -- If player is dead, he will not be able to talk
258     Config.RespawnTimer = 5 * 60000     -- Last stand timer (5 minutes)
259     Config.BleedOutTimer = 20 * 60000   -- Bleed out timer (20 minutes)
260
261     -- When EMS revives a player, they will receive these prizes
262     Config.EmsRevivePrizes = {
263         enable = true,
264         burned = 3000,
265         beat = 2500,
266         bleed = 2000,
267         stabbed = 2000,
268         shot = 1500,
269         noInjury = 4000,
270     }
271 }
```

config.lua 9+ ● ✕   Case 1:25-cv-01340-RGA   Document 1-3   Filed 03/02...   Page 7 of 16 PageID #: 23   main.lua 9+ ●   ...

wasabi_ambulance > game > configuration > config.lua > {} Config.DamageDetectThreshold

[ambulance] > qs-hospital-creator > config > main.lua > {} Config.DamageDetectThreshold

```lua
188    Config.DisableLastStandCrawl = false        -- Disable crawling within last stand
189    Config.LastStandTickTime = 5 * seconds      -- Everytime this time passes while in last stand,
190    --                                             a random amount(8-15) amount of health will be deducted to similuate
191    Config.DisableHeadShotKill = false          -- When enabled, a player who is shot in the head will still go into las
192    Config.StayInVehicleOnDeath = true
193    -- Live injury
194
195
196    Config.DamageDetectThreshold = { armour = 5, health = 10 } -- Damage threshold to detect injury (Default: {ar
197
198
199        shot = 2,      -- How much blood rate to loose when shot
200        stabbed = 2,   -- How much blood rate to loose when stabbed
201        beat = 0,      -- How much blood rate to loose when beat
202        burned = 0,    -- How much blood rate to loose when burned
203    }
204
205    Config.BypassInjuryWeapons = { -- Hashes placed in this table will bypass injury reasons
206        `WEAPON_UNARMED`,
207        `WEAPON_STUNGUN`,
208        `WEAPON_DROWNING`,
209        `WEAPON_DROWNING_IN_VEHICLE`,
210        --  `WEAPON_FALL`,
211    }
212
213
214    Config.InjuryNotification = true                    -- Enable injury notification?
215    Config.InjuryNotificationFrequency = 1 * minutes    -- How often to notify player of injury
216    Config.BlackoutEffect = false                       -- Enable blackout, Ragdoll caused by live injury
217
218    Config.DisableNoJumpInjury = false                  -- Disable when being injured that you cant job on occasion
219    Config.EnablePainPills = true                       -- Enable pain pills? Used to aliviate injurys temporarily
220
221    Config.PainPills = {                                -- Add more as you please. The level field simulates the seve
222        --  ['ITEM_NAME'] = { label = 'ITEM_LABEL', duration = SECONDS }
223        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
224        ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
225        ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
226        ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
227        ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
228        ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
229        ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
230
231    }
232
233    -- 3rd party scripts
234    Config.wasabi_crutch = { -- If you use wasabi_crutch:
235        ----------------------------------------------------
236        --           If you use wasabi_crutch             --
237        --  https://store.wasabiscripts.com/category/2080869  --
238        ----------------------------------------------------
239
240        -- Crutch Settings
241        crutchInMedbag = { -- Enabled? Item name? REQUIRES WASABI_CRUTCH
```

```lua
275    }
276
277    Config.EnableInjury = true
278
279    -- Threshold for detecting injury
280    Config.DamageDetectThreshold = {
281        armour = 5,
282        health = 5
283    }
284
285    Config.InjuryNotification = true
286    Config.InjuryNotificationInterval = 1 * 60000 -- Time interval (in milliseconds) between injury notifications
287
288    Config.DisableNoJumpInjury = false              -- Disable when being injured that you cant job on occasion
289    Config.EnablePainPills = true                   -- Enable pain pills? Used to aliviate injurys temporarily
290
291    -- identical to wasabi_ambulance items for easy compatibility with wasabi
292    -- if it exceeds level 10, it could be fatal.
293    Config.PainPills = {
294        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
295        ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
296        ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
297        ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
298        ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
299        ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
300        ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
301    }
302
303    Config.BleedMultiplier = {
304        shot = 2,      -- Blood loss rate multiplier when shot (2x = 2 times faster blood loss)
305        stabbed = 2,   -- Blood loss rate multiplier when stabbed (2x = 2 times faster blood loss)
306        beat = 0,      -- Blood loss rate multiplier when beaten (0 = no blood loss)
307        burned = 0,    -- Blood loss rate multiplier when burned (0 = no blood loss)
308    }
309
310    -- Bandage item
311    Config.BandageItem = {
312        enable = true,
313        item = 'bandage',
314        regeneration = 50,   -- Regeneration percentage (default 50%)
315        healBleed = false,   -- Fix bleed? (When a player bleeds from a gun, he can treat himself without going to
316        duration = 7 * 1000  -- Progress duration
317    }
318
319    -- Don't forget: player must be admin to access the creator menu.
320    Config.CreatorJobs = { -- Jobs allowed to create crafting tables
321        'realestate',
322        'police',
323    }
324
325    Config.CreatorDefaultItems = {
326        { name = 'medbag',    label = 'Medical Bag',   price = 1000, description = 'Medical Bag' },
327        { name = 'medikit',   label = 'First-Aid Kit', price = 250,  description = 'First-Aid Kit' },
328        { name = 'morphine30', label = 'Morphine 30MG', price = 100, description = 'Morphine 30MG' },
```

**Left pane:** `wasabi_ambulance > game > configuration > config.lua > {} Config.BleedMultiplier`

```lua
194    Config.EnableLiveInjury = true                              -- Enable live injury system?
195
196    Config.DamageDetectThreshold = { armour = 5, health = 10 }  -- Damage threshold to detect injury (Default: {arm
197
198    Config.BleedMultiplier = {
199        shot    = 2,    -- How much blood rate to loose when shot
200        stabbed = 2,    -- How much blood rate to loose when stabbed
201        beat    = 0,    -- How much blood rate to loose when beat
202        burned  = 0,    -- How much blood rate to loose when burned
203    }
204
205    Config.BypassInjuryWeapons = { -- Hashes placed in this table will bypass injury reasons
206        `WEAPON_UNARMED`,
207        `WEAPON_STUNGUN`,
208        `WEAPON_DROWNING`,
209        `WEAPON_DROWNING_IN_VEHICLE`,
210        --  `WEAPON_FALL`,
211    }
212
213
214    Config.InjuryNotification = true                   -- Enable injury notification?
215    Config.InjuryNotificationFrequency = 1 * minutes   -- How often to notify player of injury
216    Config.BlackoutEffect = false                      -- Enable blackout, Ragdoll caused by live injury
217
218    Config.DisableNoJumpInjury = false                 -- Disable when being injured that you cant job on occasion
219    Config.EnablePainPills = true                      -- Enable pain pills? Used to aliviate injurys temporarily
220
221    Config.PainPills = {                               -- Add more as you please. The level field simulates the seve
222        --   ['ITEM_NAME'] = { label = 'ITEM_LABEL', duration = SECONDS }
223        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
224        ['morphine15'] = { label = 'Morphine 15MG', duration = 50,  level = 5 },
225        ['perc30']     = { label = 'Percocet 30MG', duration = 60,  level = 6 },
226        ['perc10']     = { label = 'Percocet 10MG', duration = 45,  level = 4 },
227        ['perc5']      = { label = 'Percocet 5MG',  duration = 30,  level = 2 },
228        ['vic10']      = { label = 'Vicodin 10MG',  duration = 40,  level = 3 },
229        ['vic5']       = { label = 'Vicodin 5MG',   duration = 20,  level = 2 },
230    }
231
232
233    -- 3rd party scripts
234    Config.wasabi_crutch = { -- If you use wasabi_crutch:
235        ---------------------------------------------------------
236        --              If you use wasabi_crutch              --
237        -- https://store.wasabiscripts.com/category/2080869 --
238        ---------------------------------------------------------
239
240        -- Crutch Settings
241        crutchInMedbag = { -- Enabled? Item name? REQUIRES WASABI_CRUTCH
242            enabled = false,
243            item = 'crutch'
244        },
245        crutchInJobMenu = false, -- Crutch menu accessible from job menu if true. REQUIRES WASABI_CRUTCH
246        crutchOnCheckIn = {       -- Place crutch for certain amount of time if they visit the hospital or bleedout
247            enabled = false,       -- Requires wasabi_crutch
```

**Right pane:** `[ambulance] > qs-hospital-creator > config > main.lua > {} Config.BleedMultiplier`

```lua
293    Config.PainPills {
...
298        ['perc5']  = { label = 'Percocet 5MG',  duration = 30, level = 2 },
299        ['vic10']  = { label = 'Vicodin 10MG',  duration = 40, level = 3 },
300        ['vic5']   = { label = 'Vicodin 5MG',   duration = 20, level = 2 },
301    }
302
303    Config.BleedMultiplier = {
304        shot    = 2,    -- Blood loss rate multiplier when shot (2x = 2 times faster blood loss)
305        stabbed = 2,    -- Blood loss rate multiplier when stabbed (2x = 2 times faster blood loss)
306        beat    = 0,    -- Blood loss rate multiplier when beaten (0 = no blood loss)
307        burned  = 0,    -- Blood loss rate multiplier when burned (0 = no blood loss)
308    }
309
310    -- Bandage item
311    Config.BandageItem = {
312        enable = true,
313        item = 'bandage',
314        regeneration = 50,  -- Regeneration percentage (default 50%)
315        healBleed = false,  -- Fix bleed? (When a player bleeds from a gun, he can treat himself without going to
316        duration = 7 * 1000 -- Progress duration
317    }
318
319    -- Don't forget: player must be admin to access the creator menu.
320    Config.CreatorJobs = { -- Jobs allowed to create crafting tables
321        'realestate',
322        'police',
323    }
324
325    Config.CreatorDefaultItems = {
326        { name = 'medbag',     label = 'Medical Bag',    price = 1000, description = 'Medical Bag' },
327        { name = 'medikit',    label = 'First-Aid Kit',  price = 250,  description = 'First-Aid Kit' },
328        { name = 'morphine30', label = 'Morphine 30MG',  price = 100,  description = 'Morphine 30MG' },
329        { name = 'morphine10', label = 'Morphine 10MG',  price = 45,   description = 'Morphine 10MG' },
330        { name = 'perc30',     label = 'Percocet 30MG',  price = 60,   description = 'Percocet 30MG' },
331        { name = 'perc10',     label = 'Percocet 10MG',  price = 40,   description = 'Percocet 10MG' },
332        { name = 'perc5',      label = 'Percocet 5MG',   price = 30,   description = 'Percocet 5MG' },
333        { name = 'vic10',      label = 'Vicodin 10MG',   price = 30,   description = 'Vicodin 10MG' },
334        { name = 'vic5',       label = 'Vicodin 5MG',    price = 15,   description = 'Vicodin 5MG' },
335    }
336
337    -- Doesn't allow emergency services to revive players without treatment every part of the damaged body
338    Config.ForceTreatmentForRevive = true
339
340    -- This items can only usable by ambulance staff (item names are similar to wasabi_ambulance for easy compatib
341    Config.AmbulanceItems = {
342        revive = {
343            item = 'defib',
344            label = 'Defibrillator',
345            remove = false -- remove item after use
346        },
347        heal = {
348            item = 'medikit',
349            label = 'Medikit',
350            duration = 1000,
```

config.lua 9+ ✕    Case 1:25-cv-01340-RGA   Document 1-3   Filed 10/31/25   Page 9 of 16 PageID #: 25   main.lua 9+ ✕

wasabi_ambulance > game > configuration > config.lua > {} Config.Bandages          [ambulance] > qs-hospital-creator > config > main.lua > {} Config.AmbulanceItems > {} medbag

```lua
344     Config.EMSItems = {
345         revive = {
346             item = 'defib',     -- Item used for reviving
347             remove = false      -- Remove item when using?
348         },
349         heal = {
350             item = 'medikit',       -- Item used for healing
351             duration = 5 * seconds, -- Time to use
352             healBleed = true,       -- Heal bleed?
353             remove = true           -- Remove item when using?
354         },
355         sedate = {
356             item = 'sedative',      -- Item used to sedate players temporarily
357             duration = 8 * seconds, -- Time sedative effects last
358             remove = true           -- Remove item when using?
359         },
360         medbag = 'medbag',          -- Medbag item name used for getting supplies to treat patient
361     }
362
363     Config.ReviveRewards = {
364         enabled = true,             -- Enable cash rewards for reviving
365         paymentAccount = 'money',   -- If you have old ESX 1.1 you may need to switch to 'cash'
366         no_injury = 4000,           -- If above enabled, how much reward for fully treated patient with no injury i
367         burned = 3000,              -- How much if player is burned and revived without being treated
368         beat = 2500,                -- So on, so forth
369         stabbed = 2000,
370         bleedout = 2000,            -- NEW
371         shot = 1500,
372     }
373
374     Config.ReviveHealth = { -- How much health to deduct for those revived without proper treatment
375         shot = 60,          -- Ex. If player is shot and revived without having the gunshots treated; they will re
376         stabbed = 50,
377         beat = 40,
378         burned = 20
379     }
380
381     Config.ReviveTime = 12 * seconds    -- Time to revive player
382     Config.TreatmentTime = 9 * seconds  -- Time to perform treatment
383     Config.DiagnoseTime = 7 * seconds   -- Time to diagnose patient
384
385     Config.TreatmentItems = {
386         shot = 'tweezers',
387         stabbed = 'suturekit',
388         beat = 'icepack',
389         burned = 'burncream'
390     }
391
392     Config.lowHealthAlert = {
393         enabled = false,
394         health = 140, -- Notify when at HP (200 full health / 100 is death)
395         notification = {
396             title = 'ATTENTION',
```

```lua
339
340     -- This items can only usable by ambulance staff (item names are similar to wasabi_ambulance for easy compatib
341     Config.AmbulanceItems = {
342         revive = {
343             item = 'defib',
344             label = 'Defibrillator',
345             remove = false -- remove item after use
346         },
347         heal = {
348             item = 'medikit',
349             label = 'Medikit',
350             duration = 1000,
351             healBleed = true,
352             remove = true
353         },
354         sedate = {
355             item = 'sedative',
356             label = 'Sedative',
357             duration = 8 * 60000,
358             remove = true
359         },
360         medbag = {
361             enable = true,
362             item = 'medbag',
363             label = 'Med Bag',
364             remove = true
365         }
366     }
367
368     Config.MedBagObject = joaat('xm_prop_x17_bag_med_01a')
369
370     -- Disables creating injuries from these weapons
371     Config.InjuryWeaponBlacklist = {
372         `WEAPON_DROWNING_IN_VEHICLE`,
373         `WEAPON_UNARMED`,
374         `WEAPON_STUNGUN`,
375         `WEAPON_DROWNING`,
376     }
377
378     -- Enabled keys while dead
379     Config.EnabledKeysWhileDead = {
380         1,   -- camera pan
381         2,   -- camera tilt
382         38,  -- e
383         46,  -- e
384         47,  -- g
385         245  -- t
386     }
387
388     Config.FreeModeKeys = {
389         ChangeKey = Keys['LEFTCTRL'],       -- Key to toggle free mode controls.
390
391         MoreSpeed = Keys['.'],              -- Increase movement speed.
392         LessSpeed = Keys[','],              -- Decrease movement speed.
```

wasabi_ambulance > game > configuration > locales > en.lua > {} Strings > ply_injury_head

[ambulance] > qs-hospital-creator > locales > {} en.json > ply_injury_head

Search: ply_injury_head — ? of 1

Left pane (en.lua):
```lua
 7   Strings = {
49       not_occupied_stretcher_desc = 'This stretcher is not occupied.',
50       stretcher_placement_blocked = 'Placement Blocked',
51       stretcher_placement_blocked_desc = 'You can not place the stretcher here!',
52
53       knocked_out = 'Knocked Out',
54       knocked_out_desc = 'You were knocked out cold!',
55       checkin_cooldown = 'Check-in Cooldown',
56       checkin_cooldown_desc = 'You are attempting to check-in too fast, please wait a moment.',
57       checkingin_progress = 'Checking In. . .',
59       ply_injury_head = 'head',
60       ply_injury_neck = 'neck',
61       ply_injury_spine = 'spine',
62       ply_injury_upper = 'upper body',
63       ply_injury_lower = 'lower body',
64       ply_injury_left_arm = 'left arm',
65       ply_injury_left_leg = 'left leg',
66       ply_injury_right_arm = 'right arm',
67       ply_injury_right_leg = 'right leg',
68       diagnosing_patient_progress = 'Diagnosing Patient. . .',
69       treating_patient_progress = 'Treating Patient. . .',
70       recovering_progress = 'Recovering. . .',
71       injury_report = 'Injury Report',
72       none = 'None',
73       mild = 'Mild',
74       moderate = 'Moderate',
75       severe = 'Severe',
76       deadly = 'Deadly',
77       injury_report_locations = 'Location',
78       injury_report_type = 'Injury Type: %s',
79       injury_report_severity = 'Severity: %s',
80       injury_report_bleed = 'Blood Loss',
81       light_injury_title = 'Light Injury',
82       moderate_injury_title = 'Moderate Injury',
83       extreme_injury_title = 'Extreme Injury',
84       injury_bleed_notify = 'Injury & Bleeding Alert',
85       light_injury_desc = 'Your %s is injured, consider visiting a doctor!',
86       moderate_injury_desc = 'Your %s is very injured, you need a doctor!',
87       extreme_injury_desc = 'Your %s is tremendously injured. You need to get to the doctor before it is too late
88       injury_msg_one = 'You have a significant injury.',
89       injury_msg_two = 'You have a serious injury.',
90       injury_msg_three = 'You have a severe injury.',
91       injury_msg_four = 'You have a critical injury.',
92       bleed_msg_one = 'You\'re bleeding.',
93       bleed_msg_two = 'You\'re bleeding badly. Apply some pressure.',
94       bleed_msg_three = 'You\'re going to bleed out!',
95       fainted_title = 'Fainted',
96       fainted_so_high_desc = 'You fainted from being so high.',
97       cant_jump_title = 'Can\'t Jump!',
98       cant_jump_desc = 'You are too injured to attempt to jump',
99       blackout_title = 'Lost Consciousness',
100      blackout_desc = 'You lost consciousness due to your %s injury! Seek medical attention immediately!',
101      treated_fully_desc = 'You have been treated and are feeling better than ever!',
```

Right pane (en.json):
```json
23       "stabbed": "Stabbed",
24       "burned": "Burned",
25       "injury_report_type": "Injury Type: {{type}}",
26       "injury_report_bleed": "Bleeding",
27       "injury_report_severity": "Severity: {{severity}}",
28       "light_injury_title": "Light Injury",
29       "light_injury_desc": "Your %s is injured, consider visiting a doctor",
30       "moderate_injury_title": "Moderate Injury",
31       "moderate_injury_desc": "{{label}}",
32       "extreme_injury_title": "Extreme Injury",
34       "ply_injury_head": "Head",
35       "ply_injury_neck": "Neck",
36       "ply_injury_spine": "Spine",
37       "ply_injury_upper": "Upper Body",
38       "ply_injury_lower": "Lower Body",
39       "ply_injury_left_arm": "Left Arm",
40       "ply_injury_left_leg": "Left Leg",
41       "ply_injury_right_arm": "Right Arm",
42       "ply_injury_right_leg": "Right Leg",
43       "blackout_desc": "You lost consciousness due to your {{location}} injury! Seek medical attention immediatel
44       "not_enough_funds_desc": "You do not have enough funds to check in",
45       "store": "Store",
46       "store_title": "Medical Supplies",
47       "store_description": "Health Supplies",
48       "max_on_duty_reached": "You cannot check in because there are already {{max}} on duty",
49       "you_are_inspecting": "You are inspecting from a emergency, you cannot move",
50       "invalid_billing_system": "Your bill script is not supported...",
51       "check_in": {
52           "text": "[E] - Check In",
53           "target_text": "Check In",
54           "hospital": "You have been checked in",
55           "cooldown": "You must wait {{time}} seconds before checking in again",
56           "recovering": "Recovering...",
57           "checking_in": "Checking in...",
58           "busy": "You are already checking in"
59       },
60       "garage": {
61           "access_text": "[E] - Access Garage",
62           "access_target_text": "Garage",
63           "store_text": "[E] - Store Vehicle",
64           "store_target_text": "Store Vehicle",
65           "no_vehicles": "No vehicles found for your grade",
66           "menu_title": "Ambulance Garage",
67           "spawn_blocked": "Spawn blocked"
68       },
69       "wardrobe": {
70           "text": "[E] - Access Wardrobe",
71           "target_text": "Wardrobe",
72           "menu_title": "Ambulance Wardrobe",
73           "menu_clothes": "Change Clothes",
74           "menu_delete": "Delete Clothes"
75       },
76       "stash": {
```

en.lua — wasabi_ambulance > game > configuration > locales > en.lua > {} Strings
en.json — [ambulance] > qs-hospital-creator > locales > {} en.json
Case 1 25-cv-01340-RGA — Document 1-2 — Filed 11/12/25 — Page 11 of 16 PageID #: 27

**en.lua (left panel):**

```lua
  7    rings = {
 61      ply_injury_spine = 'spine',
 62      ply_injury_upper = 'upper body',
 63      ply_injury_lower = 'lower body',
 64      ply_injury_left_arm = 'left arm',
 65      ply_injury_left_leg = 'left leg',
 66      ply_injury_right_arm = 'right arm',
 67      ply_injury_right_leg = 'right leg',
 68      diagnosing_patient_progress = 'Diagnosing Patient. . .',
 69      treating_patient_progress = 'Treating Patient. . .',
 70      recovering_progress = 'Recovering. . .',
 71      injury_report = 'Injury Report',
 72      none = 'None',
 73      mild = 'Mild',
 74      moderate = 'Moderate',
 75      severe = 'Severe',
 76      deadly = 'Deadly',
 77      injury_report_locations = 'Locations',
 78      injury_report_type = 'Injury Type: %s',
 79      injury_report_severity = 'Severity: %s',
 80      injury_report_bleed = 'Blood Loss',
 81      light_injury_title = 'Light Injury',
 82      moderate_injury_title = 'Moderate Injury',
 83      extreme_injury_title = 'Extreme Injury',
 84      injury_bleed_notify = 'Injury & Bleeding Alert',
 85      light_injury_desc = 'Your %s is injured, consider visiting a doctor!',
 86      moderate_injury_desc = 'Your %s is very injured, you need a doctor!',
 87      extreme_injury_desc = 'Your %s is tremendously injured. You need to get to th
 88      injury_msg_one = 'You have a significant injury.',
 89      injury_msg_two = 'You have a serious injury.',
 90      injury_msg_three = 'You have a severe injury.',
 91      injury_msg_four = 'You have a critical injury.',
 92      bleed_msg_one = 'You\'re bleeding.',
 93      bleed_msg_two = 'You\'re bleeding badly. Apply some pressure.',
 94      bleed_msg_three = 'You\'re going to bleed out!',
 95      fainted_title = 'Fainted',
 96      fainted_so_high_desc = 'You fainted from being so high.',
 97      cant_jump_title = 'Can\'t Jump!',
 98      cant_jump_desc = 'You are too injured to attempt to jump',
 99      blackout_title = 'Lost Consciousness',
100      blackout_desc = 'You lost consciousness due to your %s injury! Seek medical a
101      treated_fully_desc = 'You have been treated and are feeling better than ever
102      treated_not_fully_desc = 'You have been treated but need additional treatmen
103      prescription_menu = 'Prescriptions Menu',
104      prescription_menu_desc = 'Access and manage prescriptions',
105      no_stretcher_detected = 'No Stretcher',
106      no_stretcher_detected_desc = 'There was not an active stretcher detected!',
107      cant_run = 'Can\'t Sprint',
108      cant_run_desc = 'You are too injured to sprint!',
109      no_back_seat = 'No Available Seats',
110      no_back_seat_desc = 'There are no seats in the back of this ambulance',
111      enter_vehicle_back = 'Enter Ambulance (Rear)',
112      stretcher_already_deployed = 'Stretcher Already Deployed',
113      stretcher_already_deployed_desc = 'The stretcher allocated to this ambulance
```

**en.json (right panel):**

```json
  5        "no_vehicle_n...
  6        "player_name_not_found": "Player Name Not Found",
  7        "no_item": "You do not have the item {{item}}",
  8        "vehicle_not_ambulance": "This vehicle is not an ambulance vehicle",
  9        "male": "Mr",
 10        "female": "Mrs",
 11        "busy": "You are already doing something",
 12        "last_time_down": "You are down for the last time",
 13        "not_ems": "You are not an ambulance staff or you are not on duty",
 14        "healed": "You have been healed",
 15        "revived": "You have been revived",
 16        "none": "None",
 17        "mild": "Mild",
 18        "moderate": "Moderate",
 19        "severe": "Severe",
 20        "deadly": "Deadly",
 21        "shot": "Shot",
 22        "beat": "Beat",
 23        "stabbed": "Stabbed",
 24        "burned": "Burned",
 25        "injury_report_type": "Injury Type: {{type}}",
 26        "injury_report_bleed": "Bleeding",
 27        "injury_report_severity": "Severity: {{severity}}",
 28        "light_injury_title": "Light Injury",
 29        "light_injury_desc": "Your %s is injured, consider visiting a doctor",
 30        "moderate_injury_title": "Moderate Injury",
 31        "moderate_injury_desc": "{{label}}",
 32        "extreme_injury_title": "Extreme Injury",
 33        "extreme_injury_desc": "{{label}}",
 34        "ply_injury_head": "Head",
 35        "ply_injury_neck": "Neck",
 36        "ply_injury_spine": "Spine",
 37        "ply_injury_upper": "Upper Body",
 38        "ply_injury_lower": "Lower Body",
 39        "ply_injury_left_arm": "Left Arm",
 40        "ply_injury_left_leg": "Left Leg",
 41        "ply_injury_right_arm": "Right Arm",
 42        "ply_injury_right_leg": "Right Leg",
 43        "blackout_desc": "You lost conciousness due to your {{location}} injury! S
 44        "not_enough_funds_desc": "You do not have enough funds to check in",
 45        "store": "Store",
 46        "store_title": "Medical Supplies",
 47        "store_description": "Health Supplies",
 48        "max_on_duty_reached": "You cannot check in because there are already {{ma
 49        "you_are_inspecting": "You are inspecting from an emergency, you cannot mov
 50        "invalid_billing_system": "Your bill script is not supported...",
 51        "check_in": {
 52            "text": "[E] - Check In",
 53            "target_text": "Check In",
 54            "hospital": "You have been checked in",
 55            "cooldown": "You must wait {{time}} seconds before checking in again",
 56            "recovering": "Recovering...",
 57            "checking_in": "Checking in...",
 58            "busy": "You are already checking in"
```

en.lua ✕ | Case 1 25-cv-01340-RGA | Document 1-2 | Filed 11/9/25 | en.json ✕ | Page 12 of 16 PageID #: 28
wasabi_ambulance > game > configuration > locales > en.lua > {} Strings > shot
[ambulance] > qs-hospital-creator > locales > {} en.json > ...

```lua
  7        Strings = {
            -- to a nearby patient',
 176        shot = 'gunshot',
 177        stabbed = 'stab',
 178        beat = 'blunt-forced trama',
 179        burned = 'burn',
 180        other = 'unknown',
 181        JobMenuTitle = 'EMS Menu',
 182        dispatch = 'Dispatch',
 183        dispatch_desc = 'Check for players in need of assistance',
 184        DispatchMenuTitle = 'Dispatch',
 185        GoBack = 'Go Back',
 186        key_map_text = 'Ambulance Job Menu',
 187        assistance_title = 'Assistance Requested',
 188        assistance_desc = 'A person has requested medical assistance!',
 189        respawn_available_in = 'Respawn available in ~r~%s minutes %s seconds~s~\n
 190        respawn_bleedout_in = 'You will bleed out in ~r~%s minutes %s seconds~s~\n
 191        respawn_bleedout_prompt = 'Hold [~r~E~s~] to respawn',
 192        distress_send = 'Press [~r~G~s~] to send distress signal to EMS',
 193        distress_sent_title = 'Assistance Requested',
 194        distress_sent_desc = 'Distress signal has been sent to available units!',
 195        route_set_title = 'Route Set',
 196        route_set_desc = 'A waypoint has been set to the distressed person!',
 197        diagnose_patient = 'Diagnose',
 198        diagnose_patient_desc = 'Diagnose the closest injured person',
 199        no_requests = 'No active requests',
 200        revive_patient = 'Revive',
 201        revive_patient_desc = 'Attempt to revive nearby person',
 202        heal_patient = 'Heal',
 203        heal_patient_desc = 'Attempt to heal nearby person',
 204        sedate_patient = 'Sedate',
 205        sedate_patient_desc = 'Temporarily sedate nearby person',
 206        drag_patient = 'Drag',
 207        drag_patient_desc = 'Drag nearby injured person',
 208        place_stretcher_target = 'Add or Remove Patient',
 209        place_patient = 'Place in/out Vehicle',
 210        place_patient_desc = 'Place unconscious nearby person in/out of vehicle',
 211
 212        no_nearby = 'Not Found',
 213        no_nearby_desc = 'There appears to be nobody around',
 214        no_injury = 'No Injury',
 215        no_injury_desc = 'Person doesn\'t appear to need any treatment',
 216        no_injury_dead_desc =
 217        'The patient doesn\'t appear to need additional treatment. Try to use the
 218        player_injury = 'Person Injured',
 219        player_injury_desc = 'This person has appears to have a %s wound',
 220        player_not_unconscious = 'Player Conscious',
 221        player_not_unconscious_desc = 'It appears the player is conscious',
 222        player_unconscious = 'Player Unconscious',
 223        player_unconscious_desc = 'Patient is required to be conscious for this tr
 224        player_reviving = 'Reviving',
 225        player_reviving_desc = 'Reviving patient in progress',
 226        player_noitem = 'Missing Item',
 227        player_noitem_desc = 'You lack the required item for this!',
```

```json
 19        "severe": "Severe",
 20        "deadly": "Deadly",
 21        "shot": "Shot",
 22        "beat": "Beat",
 23        "stabbed": "Stabbed",
 24        "burned": "Burned",
 25        "injury_report_type": "Injury Type: {{type}}",
 26        "injury_report_bleed": "Bleeding",
 27        "injury_report_severity": "Severity: {{severity}}",
 28        "light_injury_title": "Light Injury",
 29        "light_injury_desc": "Your %s is injured, consider visiting a doctor",
 30        "moderate_injury_title": "Moderate Injury",
 31        "moderate_injury_desc": "{{label}}",
 32        "extreme_injury_title": "Extreme Injury",
 33        "extreme_injury_desc": "{{label}}",
 34        "ply_injury_head": "Head",
 35        "ply_injury_neck": "Neck",
 36        "ply_injury_spine": "Spine",
 37        "ply_injury_upper": "Upper Body",
 38        "ply_injury_lower": "Lower Body",
 39        "ply_injury_left_arm": "Left Arm",
 40        "ply_injury_left_leg": "Left Leg",
 41        "ply_injury_right_arm": "Right Arm",
 42        "ply_injury_right_leg": "Right Leg",
 43        "blackout_desc": "You lost conciousness due to your {{location}} injury! S
 44        "not_enough_funds_desc": "You do not have enough funds to check in",
 45        "store": "Store",
 46        "store_title": "Medical Supplies",
 47        "store_description": "Health Supplies",
 48        "max_on_duty_reached": "You cannot check in because there are already {{ma
 49        "you_are_inspecting": "You are inspecting from a emergency, you cannot mov
 50        "invalid_billing_system": "Your bill script is not supported...",
 51        "check_in": {
 52            "text": "[E] - Check In",
 53            "target_text": "Check In",
 54            "hospital": "You have been checked in",
 55            "cooldown": "You must wait {{time}} seconds before checking in again",
 56            "recovering": "Recovering...",
 57            "checking_in": "Checking in...",
 58            "busy": "You are already checking in"
 59        },
 60        "garage": {
 61            "access_text": "[E] - Access Garage",
 62            "access_target_text": "Garage",
 63            "store_text": "[E] - Store Vehicle",
 64            "store_target_text": "Store Vehicle",
 65            "no_vehicles": "No vehicles found for your grade",
 66            "menu_title": "Ambulance Garage",
 67            "spawn_blocked": "Spawn blocked"
 68        },
 69        "wardrobe": {
 70            "text": "[E] - Access Wardrobe",
 71            "target_text": "Wardrobe",
 72            "menu_title": "Ambulance Wardrobe",
```

Case 1:25-cv-01340-RGA    Document 11-2    Filed 11/10/25

Left column (Wasabi Scripts):
```
31    get_off_stretcher_ui = '[E] – Get Off Stretcher',
32    move = 'Move',
33    move_desc = 'Move the stretcher',
34    put_in_vehicle = 'Put in Vehicle',
35    stretcher_in_vehicle = 'Deposit Stretcher',
36    put_in_vehicle_desc = 'Put the stretcher in a vehicle',
37    place_on_stretcher = 'Place Patient',
38    place_on_stretcher_desc = 'Place a patient on the stretcher',
39    remove_from_stretcher = 'Remove Patient',
40    remove_from_stretcher_desc = 'Remove a patient from the stretcher',
41    not_found = 'Not Found',
42    already_occupied_ambulance = 'Already Occupied',
43    already_occupied_ambulance_desc = 'This ambulance is already occupied!',
44    already_occupied_stretcher = 'Already Occupied',
45    already_occupied_stretcher_desc = 'This stretcher is already occupied!',
46    vehicle_occupied = 'Vehicle Occupied',
47    vehicle_occupied_desc = 'There can not be a person driving while doing this!',
48    not_occupied_stretcher = 'Not Occupied',
49    not_occupied_stretcher_desc = 'This stretcher is not occupied!',
50    stretcher_placement_blocked = 'Placement Blocked',
51    stretcher_placement_blocked_desc = 'You can not place the stretcher here!',
```

Right column (Quasar Store):
```
171        "stretcher": {
172            "not_sync": "Stretcher could not sync, there are too many objects in the world or you can no longer create a sync
173            "occupied": "Stretcher is occupied",
174            "not_occupied": "No one is on the stretcher",
175            "text": "Press [E] to place stretcher",
176            "drop_blocked": "You cannot drop the stretcher here",
177            "drop_text": "Press [E] to drop stretcher",
178            "move": "Move",
179            "move_description": "Move the stretcher",
180            "put_in_vehicle": "Put in Vehicle",
181            "put_in_vehicle_description": "Put the stretcher in the vehicle",
182            "place_patient": "Place Patient",
183            "place_patient_description": "Place the patient on the stretcher",
184            "get_off_patient": "Get Off Patient",
185            "get_off_patient_description": "Get off the patient from the stretcher",
186            "delete_stretcher": "Delete Stretcher",
187            "delete_stretcher_description": "Delete the stretcher",
188            "menu_title": "Stretcher Menu",
189            "interact_text": "Press [E] to interact with stretcher",
190            "already_deployed": "The stretcher of this ambulance has already been removed",
191            "ambulance_occupied": "This ambulance is already occupied",
192            "vehicle_seat_occupied": "There can not be a person driving while doing this",
193            "stretcher.npc_stretcher": "You are already using a npc stretcher. Please put it on vehicle and try again."
```

Left pane: `en.lua` — `wasabi_ambulance > game > configuration > locales > en.lua > {} Strings > medbag_tweezers`

```lua
  7      rings = {
250        medbag = 'Medical Bag',
251        medbag_tweezers = 'Tweezers',
252        medbag_tweezers_desc = 'Used to remove bullets',
253        medbag_suture = 'Suture Kit',
254        medbag_suture_desc = 'Used to stitch wounds',
255        medbag_icepack = 'Ice Pack',
256        medbag_icepack_desc = 'Used to reduce swelling',
257        medbag_burncream = 'Burn Cream',
258        medbag_burncream_desc = 'Used to treat burns',
259        medbag_defib = 'Defibrillator',
260        medbag_defib_desc = 'For reviving patients',
261        medbag_medikit = 'Medkit',
262        medbag_medikit_desc = 'Used for healing patients',
263        medbag_sedative = 'Sedative',
264        medbag_sedative_desc = 'Used to sedate patients',
265        medbag_stretcher = 'Foldable Stretcher',
266        medbag_stretcher_desc = 'Used for moving patients',
267        item_grab = 'You have pulled a tool from your medical bag',
268        wrong_equipment = 'Wrong Equipment!',
269        wrong_equipment_desc = 'Have you even been trained?',
270        player_not_injured = 'Not Injured',
271        player_not_injured_desc =
272          'This person does not appear to need any extra treatment and is clear for the defibrillator',
273        player_treated = 'Treated',
274        player_treated_desc = 'You have successfully treated the patient',
275        revive_command_help = 'An admin command to revive players',
```

Right pane: `en.json` — `[ambulance] > qs-hospital-creator > locales > {} en.json > {} stretcher > put_in_vehicle_description`

```json
209        "medcall": {
       …
249        },
250        "interaction": {
251          "not_allowed": "You are not allowed to use this menu"
252        },
253        "medbag": {
254          "title": "Medbag",
255          "pickup_target_text": "Pick Up Medbag",
256          "interact_target_text": "Interact Medbag",
257          "interact": "[E] - Interact",
258          "drop_bag": "[E] - Drop Bag",
259          "tweezers": "Tweezers",
260          "tweezers_description": "Use tweezers to remove foreign objects from the patient's body",
261          "suture": "Suture",
262          "suture_description": "Use suture to close wounds on the patient's body",
263          "icepack": "Icepack",
264          "icepack_description": "Use icepack to reduce swelling and pain on the patient's body",
265          "burncream": "Burn Cream",
266          "burncream_description": "Use burn cream to reduce pain and inflammation on the patient's body",
267          "defib": "Defibrillator",
268          "defib_description": "Use defibrillator to revive the patient",
269          "medikit": "Medikit",
270          "medikit_description": "Use medikit to heal the patient",
271          "sedative": "Sedative",
272          "sedative_description": "Use sedative to sedate the patient",
273          "item_given": "You have been given {{item}}"
274        },
275        "injury": {
```



# Wasabi Scripts

     

burncream.png   defib.png   icepack.png   medbag.png   medikit.png   morphine15.png

     

perc10.png   perc30.png   sedative.png   stretcher.png   suturekit.png   morphine30.png

   

tweezers.png   vic5.png   vic10.png   perc5.png

# Quasar Store

     

burncream.png   defib.png   icepack.png   medbag.png   medikit.png   morphine15.png

     

morphine30.png   perc5.png   perc10.png   perc30.png   sedative.png   suturekit.png

  

tweezers.png   vic5.png   vic10.png