# EXHIBIT C

**Robby Lawler**

RL

Re: DMCA Takedown Notice – Wasabi Scripts LLC – Infringing Content on quasar-store.com

To: Tebex Content Safety

September 26, 2025 at 7:56 AM

**To Whole It May Concern,**

On September 9, 2025, I submitted a valid DMCA takedown notice (see forwarded email below) regarding infringing material being distributed via the Quasar Store.

As of today, 17 days later, I have received no acknowledgement or action from Tebex. The infringing content remains actively available for download through your fulfillment systems, meaning the infringement is ongoing.

For further context:
- Fragmentor(https://fragmentor.io/) has already complied with this takedown.
- YouTube has already removed the infringing promotional material.
- Only Tebex continues to host and distribute the infringing work.

As you are aware, 17 U.S.C. §512(c) requires service providers to act **expeditiously** to remove or disable access to infringing material upon receipt of a valid notice. Seventeen days with no response does not meet this requirement and exposes Tebex to liability for continued distribution of infringing works.

I respectfully request immediate action to:
1. Disable access to the infringing content identified in my September 9 notice.
2. Provide written confirmation that the infringing material has been removed. This includes revoking access to the assets already distributed to purchasers through your fulfillment systems, ensuring that the infringing work is no longer available to existing or future customers.

Please note that we are not seeking any compensation for damages incurred at this time in order to allow for a fast and easy resolution for all parties. However, continued non-compliance may require us to pursue additional remedies.

Also note that this is now a **repeat infringement situation**. The infringer continues to distribute my copyrighted work despite takedowns on other platforms. Under 17 U.S.C. §512(i), Tebex and CFX are required to enforce a repeat infringer policy, which includes terminating accounts engaged in repeated infringement.

If I do not receive confirmation within 48 hours, I will be escalating this matter further.


Sincerely,
Robert Lawler
Wasabi Scripts LLC

See More from Robby Lawler

Found in Saved Mailbox

