# EXHIBIT D



**From:** Robby Lawler <robby.lawler@icloud.com>
**Date:** October 7, 2025 at 12:32:36 PM PDT
**To:** Tebex Content Safety <contentandsafety@tebex.io>
**Subject: Repeat DMCA Notice – Re-Upload of Infringing Work "Medical Creator" (Previously "Hospital Creator")**

Dear Legal Team,

Please find attached a repeat DMCA notice pursuant to 17 U.S.C. §512(c) regarding the re-upload of a previously removed infringing work.

The infringing seller, **Quasar Store**, had the identical product **"Hospital Creator"** removed from your platform on **September 10, 2025**, following my prior DMCA notice. No counter-notice was ever filed. The same work has now been re-uploaded under a new title, **"Medical Creator"**, reproducing the same protected code, configuration structures, and item data from my copyrighted **Wasabi Advanced Ambulance Job**.

The attached **September 10 removal confirmation** and **original evidence package** remain fully applicable and demonstrate the identical nature of the material.

This constitutes a **repeat and willful infringement** under **17 U.S.C. §512(i)**. I respectfully request i**mmediate removal or disabling of access** to the infringing content and enforcement of your **repeat-infringer policy**.

Please confirm receipt and advise once the infringing content has been removed.

Sincerely,
Robert Lawler
Wasabi Scripts LLC
support@wasabiscripts.com

— —

**To Whom It May Concern,**

I am writing to submit a formal notification of infringement pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(c), and to request the immediate removal of infringing material that violates my intellectual property rights.

**1. Complainant Information**

- **Name:** Robert Lawler
- **Company/Organization:** Wasabi Scripts LLC
- **Website:** https://wasabiscripts.com
- **Address:** 173 E Aloha Ln, Unit A, Shelton, WA 98584, United States
- **Email:** support@wasabiscripts.com

**2. Description of the Original Copyrighted Work**

The copyrighted material includes, but is not limited to:

- Advanced Ambulance Job (wasabi_ambulance)

**3. Infringing Material**

The infringing material can be found for sale at the following locations:

- **Platform Names:** Tebex, Cloudflare, Donweb / Dattatec
- **URLs of Infringing Content:** https://www.quasar-store.com/package/7060480,
- **Description of Infringing Content:** The infringing material is "Medical Creator" ('[ambulance]') distributed by Quasar Store, which contains substantial portions of my copyrighted work without authorization.

**Evidence of copyright infringement:**

1. **Direct admission of copying:**
   - File: '[ambulance]/qs-hospital-creator/config/main.lua'
   - Line: 291: "-- identical to wasabi_ambulance items for easy compatibility with wasabi"
   - Evidence: See attached screenshot "01_Direct_Admission_Line_291.png"
   - This is a direct admission by the infringer that they copied our work.

2. **Identical configuration structures:**
   - Medical Creator: '[ambulance]/qs-hospital-creator/config/main.lua' (lines 262-270, 293-301, 223-252, 280-283, 303-308, 341-366)
   - Advanced Ambulance Job: 'wasabi_ambulance/game/configuration/config.lua' (lines 363-372, 221-231, 385-390, 196, 198-203, 344-361)
   - Evidence: See attached screenshots "02_ReviveRewards_Config_Comparasion.png", "03_PainPills_Config_Comparasion.png", "04_TreatmentItems_Config_Comparasion.png", "05_DamageDetectThreshold_Comparasion.png", "06_BleedMultiplier_Comparasion.png", "07_EMSItems_Config_Comparasion.png"
   - Contains identical "Config.ReviveRewards", "Config.PainPills", "Config.BleedMultiplier structure with exact same values with some re-organized in order, and identical Config.TreatmentItems, Config.DamageDetectThreshold, and Config.EMSItems mapping

3. **Identical string keys and values:**
   - Medical Creator: '[ambulance]/qs-hospital-creator/locales/en.json'
   - Advanced Ambulance Job: 'wasabi_ambulance/configuration/locales/en.lua'
   - Evidence: See attached screenshot "08_String_Key_Comparasion_ 1.png", "09_String_Key_Comparasion_2.png", "10_String_Key_Comparasion_3.png", "11_String_Key_Comparasion_4.png", "12_String_Key_Comparasion_5.png"
   - Contains identical string and values as our original work

4. **Identical medical item definitions:**
   - Evidence: See attached screenshot "13_Medicial_Items_Comparasion.png"
   - Identical medical item names: morphine30, morphine15, perc30, perc10, etc.
   - Identical item properties and values

5. **Identical item image concept and naming**
   - Evidence: See attached screenshot "14_Medical_Item_Images_Comparasion.png"
   - Identical medical item image concepts and names: burncream.png, defib.png, icepack.png, etc.

6. **Identical variables, table values, and structure**
   - Evidence: See attached screenshot "15_PlayerSkeleton_Print_Comparasion.png"
   - Quasar Store's 'Config.PlayerSkeleton' object mirrors my original 'PlayerSkeleton' structure with the same keys ('head', 'neck', 'spine', 'upper_body', 'lower_body', 'left_arm', 'left_leg', 'right_arm', 'right_leg') and identical field values ('label', 'limp', 'level', 'bleed'). The only superficial modification is the addition of a 'bone' field. This level of similarity strongly indicates copying rather than coincidence.

**Prior DMCA Action and Repeat Infringement Evidence:**

On **September 9, 2025**, I submitted a DMCA takedown notice to Tebex regarding the same copyrighted work, then sold under the name **"Hospital Creator."**

Tebex acknowledged that takedown and confirmed the removal of the infringing product on **September 10, 2025**, as shown in the attached correspondence ("Tebex_Removal_Confirmation_Sept10.png").

No counter-notice or response disputing the infringement was ever received from the seller (Quasar Store).

The same individual has since **re-uploaded the identical work** under a new title, **"Medical Creator,"** which contains the same protected code, item structures, and configuration data as detailed above.

This constitutes a **repeat and willful infringement** under **17 U.S.C. §512(i)**, which requires service providers to terminate repeat infringers to maintain Safe Harbor protection.

Please note that prior compliance by Tebex with the first DMCA confirms that the original work was indeed infringing. The current version is merely a superficial renaming of the same code and assets.

**4. Statement of Good Faith Belief**

I have a good faith belief that the use of the material identified above is not authorized by me, my agent, or the law.

**5. Statement of Accuracy and Authorization**

I swear, under penalty of perjury, that the information contained in this notification is accurate and that I am the copyright owner or authorized to act on behalf of the copyright owner.

**6. Request for Action**

I respectfully request the following actions:

1. Immediate removal or disabling of access to the infringing material identified above.
2. Written confirmation that the infringing content has been removed or disabled.

**7. Electronic Signature**

*Robert Lawler*

**Wasabi Scripts LLC**

**Additional Note:**

Reposting of this material, under the guise of minor alterations, demonstrates clear disregard for copyright law.

**The repeated infringement poses serious risks of consumer confusion and financial damages. I request this issue be treated with the utmost urgency to prevent further harm.**

If additional information or documentation is needed, I can be contacted directly at support@wasabiscripts.com.

Thank you for your immediate attention to this matter.

Sincerely,
Robert Lawler

Wasabi Scripts LLC



















```lua
[ambulance] > qs-hospital-creator > config > main.lua > ...
272     Config.DeadAnimation = {
273         dict = 'mini@cpr@char_b@cpr_def',
274         anim = 'cpr_pumpchest_idle'
275     }
276
277     Config.EnableInjury = true
278
279     -- Threshold for detecting injury
280     Config.DamageDetectThreshold = {
281         armour = 5,
282         health = 5
283     }
284
285     Config.InjuryNotification = true
286     Config.InjuryNotificationInterval = 1 * 60000 -- Time interval (in milliseconds) between injury notifications sent to the player (1
287
288     Config.DisableNoJumpInjury = false              -- Disable when being injured that you cant job on occasion
289     Config.EnablePainPills = true                   -- Enable pain pills? Used to aliviate injurys temporarily
290
291     -- identical to wasabi_ambulance items for easy compatibility with wasabi
292     -- if it exceeds level 10, it could be fatal.
293
294         ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
295         ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
296         ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
297         ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
298         ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
299         ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
300         ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
301     }
302
303     Config.BleedMultiplier = {
304         shot = 2,     -- Blood loss rate multiplier when shot (2x = 2 times faster blood loss)
305         stabbed = 2,  -- Blood loss rate multiplier when stabbed (2x = 2 times faster blood loss)
306         beat = 0,     -- Blood loss rate multiplier when beaten (0 = no blood loss)
307         burned = 0,   -- Blood loss rate multiplier when burned (0 = no blood loss)
308     }
309
310     -- Bandage item
311     Config.BandageItem = {
312         enable = true,
313         item = 'bandage',
314         regeneration = 50,   -- Regeneration percentage (default 50%)
315         healBleed = false,   -- Fix bleed? (When a player bleeds from a gun, he can treat himself without going to a doctor.)
316         duration = 7 * 1000 -- Progress duration
317     }
318
319     -- Don't forget: player must be admin to access the creator menu.
320     Config.CreatorJobs = { -- Jobs allowed to create crafting tables
321         'realestate',
322         'police',
323     }
324
```