# EXHIBIT E

**Tebex Content & Safety**
DMCA Complaint - Quasar / Wasabi Scripts
To: Robert Lawler

📁 Inbox - iCloud                October 10, 2025 at 1:11 AM

Hi Robert,

We have received a counter notice to your DMCA filed against Quasar, the details of which have been attached to this email.

Since a counter-notice has been submitted, you now have 15 working days to initiate legal action. Please note that if we do not hear back from you within this timeframe (before or on the 31st of October 2025), then the content will be reinstated.

Kind regards,
Charlotte


How would you rate my reply?
Great    Okay    Not Good



**Charlotte**
**Tebex Content & Safety**
Knowledge Base  |  Blog  |  Suggestions



Quasar - Counte...ice.pdf
1.8 MB