# EXHIBIT F

To the attention of:

**Tebex Content & Safety**

(contentandsafety@tebex.io)

I, **Fernando Ariosto**, as **Director and legal representative of QFA TECH SLU (Quasar Store)**, hereby submit this **formal counter-notice** pursuant to **Section 512(g) of the Digital Millennium Copyright Act (DMCA)** in response to the claim filed by **Mr. Robert Lawler (Wasabi Scripts LLC)** regarding my product "*Medical Creator.*"

---

### 1. Identification of the material affected

The material removed or disabled corresponds to the following package:

**"Medical Creator"**

Originally located at: https://www.quasar-store.com/package/7060480

---

### 2. Reason for the counter-notice

I believe this claim is **invalid and made in bad faith**, as the product in question:

- Is an **independent and original development**, fully **restructured, renamed, and reprogrammed** from the previous version "Hospital Creator."
- Includes **its own codebase, a full NUI built in React, and unique features**, while the claimant's product only uses **ox_lib menus**, with no functional or visual similarity.
- Does **not contain or derive from any material** belonging to Mr. Lawler or Wasabi Scripts LLC.

Furthermore, Mr. Lawler has filed **multiple unfounded DMCA claims**, extending even to my **YouTube channel**, where I still hold **unjustified strikes** on content that is **legally registered and protected via DistroKid**.

I attach evidence of this protection and of the improper claims.

---

### 3. Evidence and documentation

The following materials support this counter-notice:

- 📁 **Evidence folder:**

  https://drive.google.com/drive/folders/1kLKhOMi-GNdZJY_L7VAEkOPeMa0hhncS?usp=drive_link

  (Contains screenshots, logs, and proof of harassment, commercial boycotts, and defamatory actions organized by the claimant and his associates.)

- 🖼 **Attached proofs:**
    - DistroKid registration of the original audiovisual and musical content.
    - Screenshot of the YouTube strike issued by Mr. Lawler in the same context.

In addition, **the product "Medical Creator" is publicly listed and verified on the official CFX portal** under the same name, allowing Tebex to independently review the codebase, structure, and originality if desired.

## 4. Statement under penalty of perjury

I hereby declare, **under penalty of perjury**, that I have a **good-faith belief** that the material was removed or disabled as a result of a **mistake or misidentification** of the material to be removed or disabled.

"*I swear, under penalty of perjury, that I have a good-faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.*"

## 5. Jurisdiction and service of process

As I reside outside the United States, I state the following:

"*I consent to the jurisdiction of any United States Federal District Court in **Delaware, New Castle County**, in which Tebex may be found.*"

"*I will accept service of process from the person who provided the original notification or an agent of such person.*"

## 6. Contact information

**Full Name:** Fernando Ariosto

**Title:** Director - QFA TECH SLU

**Company:** Quasar Store

**Address:** Andorra la Vella, Andorra, Roureda de Sansa nº24

**Email:** contact@quasar-store.com

**Phone:** +34 690172780

## 7. Signature

*Electronically signed:*

**Fernando Ariosto**

Director - QFA TECH SLU

Owner of Quasar Store

Date: 09/10/2025







