# EXHIBIT G

```lua
    Config.DeadAnimation = {
        dict = 'mini@cpr@char_b@cpr_def',
        anim = 'cpr_pumpchest_idle'
    }

    Config.EnableInjury = true

    -- Threshold for detecting injury
    Config.DamageDetectThreshold = {
        armour = 5,
        health = 5
    }

    Config.InjuryNotification = true
    Config.InjuryNotificationInterval = 1 * 60000 -- Time interval (in milliseconds) between injury notifications sent to the player (1 m

    Config.DisableNoJumpInjury = false              -- Disable when being injured that you cant job on occasion
    Config.EnablePainPills = true                   -- Enable pain pills? Used to aliviate injurys temporarily

    -- identical to wasabi_ambulance items for easy compatibility with wasabi
    -- if it exceeds level 10, it could be fatal.

        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
        ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
        ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
        ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
        ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
        ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
        ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
    }

    Config.BleedMultiplier = {
        shot = 2,      -- Blood loss rate multiplier when shot (2x = 2 times faster blood loss)
        stabbed = 2,   -- Blood loss rate multiplier when stabbed (2x = 2 times faster blood loss)
        beat = 0,      -- Blood loss rate multiplier when beaten (0 = no blood loss)
        burned = 0,    -- Blood loss rate multiplier when burned (0 = no blood loss)
    }

    -- Bandage item
    Config.BandageItem = {
        enable = true,
        item = 'bandage',
        regeneration = 50,  -- Regeneration percentage (default 50%)
        healBleed = false,  -- Fix bleed? (When a player bleeds from a gun, he can treat himself without going to a doctor.)
        duration = 7 * 1000 -- Progress duration
    }

    -- Don't forget: player must be admin to access the creator menu.
    Config.CreatorJobs = { -- Jobs allowed to create crafting tables
        'realestate',
        'police',
    }
```

```lua
344  Config.EMSItems = {
349      heal = {
350          item = 'medikit',      -- Item used for healing
351          duration = 5 * seconds, -- Time to use
352          healBleed = true,      -- Heal bleed?
353          remove = true          -- Remove item when using?
354      },
355      sedate = {
356          item = 'sedative',     -- Item used to sedate players temporarily
357          duration = 8 * seconds, -- Time sedative effects last
358          remove = true          -- Remove item when using?
359      },
360      medbag = 'medbag',         -- Medbag item name used for getting supplies to treat patient
361  }
362
363  Config.ReviveRewards = {
364      enabled = true,            -- Enable cash rewards for reviving
365      paymentAccount = 'money',  -- If you have old ESX 1.1 you may need to switch to 'cash'
366      no_injury = 4000,          -- If above enabled, how much reward for fully treated patient with no injury in
367      burned = 3000,             -- How much if player is burned and revived without being treated
368      beat = 2500,               -- So on, so forth
369      stabbed = 2000,
370      bleedout = 2000,           -- NEW
371      shot = 1500,
372  }
373
374  Config.ReviveHealth = {        -- How much health to deduct for those revived without proper treatment
375      shot = 60,                 -- Ex. If player is shot and revived without having the gunshots treated; they will re
376      stabbed = 50,
377      beat = 40,
378      burned = 20
379  }
380
381  Config.ReviveTime = 12 * seconds   -- Time to revive player
382  Config.TreatmentTime = 9 * seconds -- Time to perform treatment
383  Config.DiagnoseTime = 7 * seconds  -- Time to diagnose patient
384
385  Config.TreatmentItems = {
386      shot = 'tweezers',
387      stabbed = 'suturekit',
388      beat = 'icepack',
389      burned = 'burncream'
390  }
391
392  Config.lowHealthAlert = {
393      enabled = false,
394      health = 140, -- Notify when at HP (200 full health / 100 is death)
395      notification = {
396          title = 'ATTENTION',
397          description = 'You are in bad health. You should see a doctor soon!'
398      }
399  }
400
401  Config.EnableStandaloneCheckIns = false -- Enable stand-alone check-in locations? For grandmas, prisons, whate
```

```lua
223  Config.TreatmentItems = {
245      {
249          image = Config.ImagePath .. 'burncream.png',
250          injury = 'burned'
251      }
252  }
253
254  Config.TreatmentTime = 9 * 1000 -- Progress duration for treatment
255
256  Config.LastStand = true
257  Config.MuteDeadPlayer = true          -- If player is dead, he will not be able to talk
258  Config.RespawnTimer = 5 * 60000       -- Last stand timer (5 minutes)
259  Config.BleedOutTimer = 20 * 60000     -- Bleed out timer (20 minutes)
260
261  -- When EMS revives a player, they will receive these prizes
262  Config.EmsRevivePrizes = {
263      enable = true,
264      burned = 3000,
265      beat = 2500,
266      bleed = 2000,
267      stabbed = 2000,
268      shot = 1500,
269      noInjury = 4000,
270  }
271
272  Config.DeadAnimation = {
273      dict = 'mini@cpr@char_b@cpr_def',
274      anim = 'cpr_pumpchest_idle'
275  }
276
277  Config.EnableInjury = true
278
279  -- Threshold for detecting injury
280  Config.DamageDetectThreshold = {
281      armour = 5,
282      health = 5
283  }
284
285  Config.InjuryNotification = true
286  Config.InjuryNotificationInterval = 1 * 60000 -- Time interval (in milliseconds) between injury notifications
287
288  Config.DisableNoJumpInjury = false            -- Disable when being injured that you cant job on occasion
289  Config.EnablePainPills = true                 -- Enable pain pills? Used to aliviate injurys temporarily
290
291  -- identical to wasabi_ambulance items for easy compatibility with wasabi
292  -- if it exceeds level 10, it could be fatal.
293  Config.PainPills = {
294      ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
295      ['morphine15'] = { label = 'Morphine 15MG', duration = 50,  level = 5 },
296      ['perc30']     = { label = 'Percocet 30MG', duration = 60,  level = 6 },
297      ['perc10']     = { label = 'Percocet 10MG', duration = 45,  level = 4 },
298      ['perc5']      = { label = 'Percocet 5MG',  duration = 30,  level = 2 },
299      ['vic10']      = { label = 'Vicodin 10MG',  duration = 40,  level = 3 },
300      ['vic5']       = { label = 'Vicodin 5MG',   duration = 20,  level = 2 },
```

```lua
205   Config.BypassInjuryWeapons = { -- Hashes placed in this table will bypass injury reasons
209       `WEAPON_DROWNING_IN_VEHICLE`,
210       -- `WEAPON_FALL`,
211   }
212
213
214   Config.InjuryNotification = true                            -- Enable injury notification?
215   Config.InjuryNotificationFrequency = 1 * minutes            -- How often to notify player of injury
216   Config.BlackoutEffect = false                               -- Enable blackout, Ragdoll caused by live injury
217
218   Config.DisableNoJumpInjury = false                          -- Disable when being injured that you cant job on occasion
219   Config.EnablePainPills = true                               -- Enable pain pills? Used to aliviate injurys temporarily
220
221   Config.PainPills = {                                        -- Add more as you please. The level field simulates the sever
222       -- ['ITEM_NAME'] = { label = 'ITEM_LABEL', duration = SECONDS }
223       ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
224       ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
225       ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
226       ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
227       ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
228       ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
229       ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
230
231   }
232
233   -- 3rd party scripts
234   Config.wasabi_crutch = { -- If you use wasabi_crutch:
235       ------------------------------------------------
236       --          If you use wasabi_crutch          --
237       -- https://store.wasabiscripts.com/category/2080869 --
238       ------------------------------------------------
239
240       -- Crutch Settings
241       crutchInMedbag = { -- Enabled? Item name? REQUIRES WASABI_CRUTCH
242           enabled = false,
243           item = 'crutch'
244       },
245       crutchInJobMenu = false, -- Crutch menu accessible from job menu if true. REQUIRES WASABI_CRUTCH
246       crutchOnCheckIn = {         -- Place crutch for certain amount of time if they visit the hospital or bleedout
247           enabled = false,        -- Requires wasabi_crutch
248           duration = 3            -- How long stuck with crutch after check-in(In minutes)
249       },
250       -- Chair settings
251       chairInMedbag = { -- Enabled? Item name? REQUIRES WASABI_CRUTCH
252           enabled = false,
253           item = 'wheelchair'
254       },
255       chairInJobMenu = false -- Chair menu accessible from job menu if true. REQUIRES WASABI_CRUTCH
256   }
257
258   Config.EnviPrescriptions = {
259       ------------------------------------------------
260       --          If you use Envi Prescriptions:     --
261       -- https://envi-scripts.tebex.io/package/5604452 --
```

```lua
280   Config.DamageDetectThreshold = {
281       armour = 5,
282       health = 5
283   }
284
285   Config.InjuryNotification = true
286   Config.InjuryNotificationInterval = 1 * 60000 -- Time interval (in milliseconds) between injury notifications s
287
288   Config.DisableNoJumpInjury = false                          -- Disable when being injured that you cant job on occasion
289   Config.EnablePainPills = true                               -- Enable pain pills? Used to aliviate injurys temporarily
290
291   -- identical to wasabi_ambulance items for easy compatibility with wasabi
292
293   Config.PainPills = {
294       ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
295       ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
296       ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
297       ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
298       ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
299       ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
300       ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
301   }
302
303   Config.BleedMultiplier = {
304       shot = 2,       -- Blood loss rate multiplier when shot (2x = 2 times faster blood loss)
305       stabbed = 2,    -- Blood loss rate multiplier when stabbed (2x = 2 times faster blood loss)
306       beat = 0,       -- Blood loss rate multiplier when beaten (0 = no blood loss)
307       burned = 0,     -- Blood loss rate multiplier when burned (0 = no blood loss)
308   }
309
310   -- Bandage item
311   Config.BandageItem = {
312       enable = true,
313       item = 'bandage',
314       regeneration = 50,  -- Regeneration percentage (default 50%)
315       healBleed = false,  -- Fix bleed? (When a player bleeds from a gun, he can treat himself without going to a
316       duration = 7 * 1000 -- Progress duration
317   }
318
319   -- Don't forget: player must be admin to access the creator menu.
320   Config.CreatorJobs = { -- Jobs allowed to create crafting tables
321       'realestate',
322       'police',
323   }
324
325   Config.CreatorDefaultItems = {
326       { name = 'medbag',    label = 'Medical Bag',   price = 1000, description = 'Medical Bag' },
327       { name = 'medikit',   label = 'First-Aid Kit', price = 250,  description = 'First-Aid Kit' },
328       { name = 'morphine30', label = 'Morphine 30MG', price = 100,  description = 'Morphine 30MG' },
329       { name = 'morphine10', label = 'Morphine 10MG', price = 45,   description = 'Morphine 10MG' },
330       { name = 'perc30',    label = 'Percocet 30MG', price = 60,   description = 'Percocet 30MG' },
331       { name = 'perc10',    label = 'Percocet 10MG', price = 40,   description = 'Percocet 10MG' },
332       { name = 'perc5',     label = 'Percocet 5MG',  price = 30,   description = 'Percocet 5MG' },
333       { name = 'vic10',     label = 'Vicodin 10MG',  price = 30,   description = 'Vicodin 10MG' },
```

```lua
379    }
380
381    Config.ReviveTime = 12 * seconds    -- Time to revive player
382    Config.TreatmentTime = 9 * seconds -- Time to perform treatment
383    Config.DiagnoseTime = 7 * seconds   -- Time to diagnose patient

385    Config.TreatmentItems = {
386        shot = 'tweezers',
387        stabbed = 'suturekit',
388        beat = 'icepack',
389        burned = 'burncream'
390    }

392    Config.lowHealthAlert = {
393        enabled = false,
394        health = 140, -- Notify when at HP (200 full health / 100 is death)
395        notification = {
396            title = 'ATTENTION',
397            description = 'You are in bad health. You should see a doctor soon!'
398        }
399    }

401    Config.EnableStandaloneCheckIns = false -- Enable stand-alone check-in locations? For grandmas, prisons, whatev
402    Config.CheckIfJailed = {
403        enabled = false,            -- Check if player is jailed before respawning? (If using standalone ch
404        location = 'Prison',        -- If player is jailed, they will respawn on this location. Location
405        resource = ''               -- Options: 'wasabi_police' (if you are using our police job's built-i
406    }

408    Config.StandaloneCheckIns = {

410        Prison = {                              -- Example, QB Prison check-in
411            Ped = 's_m_m_scientist_01',         -- Check in ped
412            Coords = vec3(1729.03, 2563.33, 45.56 - 0.9), -- Coords of ped
413            Distance = 4.85,                    -- Distance to show textUI (If target is not enabled bel
414            Heading = 181.42,                   -- Heading of ped
415            Cost = 5,                           -- Cost of using hospital check-in. Set to false for fre
416            Duration = 15 * seconds,            -- Time it takes to spend in hospital bed
417            PayAccount = 'bank',                -- Account dead player pays from to check-in
418            Label = '[E] - Check In',           -- label of text UI if target is not enabled below
419            HotKey = 38,                        -- Default: 38 (E) (If target below is not enabled)
420            Target = {
421                enabled = true,                 -- Enable Target? (Can be customized in wasabi_bridge/cus
422                label = 'Check In',
423                coords = vec3(1729.03, 2563.33, 45.56),
424                heading = 63.26,
425                distance = 5.0,
426                width = 2.0,
427                length = 1.0,
428                minZ = 43.28 - 0.9,
429                maxZ = 43.28 + 0.9
430            },
431            DisableHospitalBeds = true,                     -- Disable hospita
432            RespawnNoBedLocation = { coords = vec3(1729.03, 2563.33, 45.56), heading = 339.02 }, -- Coords and hea
```

```lua
217    if Config.Inventory == 'qb-inventory' then

219    elseif Config.Inventory == 'ox_inventory' then
220        Config.ImagePath = 'nui://ox_inventory/web/images/'
221    end
222
223    Config.TreatmentItems = {
224        {
225            item = 'tweezers',
226            label = 'Tweezers',
227            description = 'Use for gun shot wounds',
228            image = Config.ImagePath .. 'tweezers.png',
229            injury = 'shot'
230        },
231        {
232            item = 'suturekit',
233            label = 'Suture Kit',
234            description = 'Use for stab wounds',
235            image = Config.ImagePath .. 'suturekit.png',
236            injury = 'stabbed'
237        },
238        {
239            item = 'icepack',
240            label = 'Ice Pack',
241            description = 'Use for beat wounds',
242            image = Config.ImagePath .. 'icepack.png',
243            injury = 'beat'
244        },
245        {
246            item = 'burncream',
247            label = 'Burn Cream',
248            description = 'Use for burn wounds',
249            image = Config.ImagePath .. 'burncream.png',
250            injury = 'burned'
251        }
252    }
253
254    Config.TreatmentTime = 9 * 1000 -- Progress duration for treatment
255
256    Config.LastStand = true
257    Config.MuteDeadPlayer = true           -- If player is dead, he will not be able to talk
258    Config.RespawnTimer = 5 * 60000        -- Last stand timer (5 minutes)
259    Config.BleedOutTimer = 20 * 60000 -- Bleed out timer (20 minutes)
260
261    -- When EMS revives a player, they will receive these prizes
262    Config.EmsRevivePrizes = {
263        enable = true,
264        burned = 3000,
265        beat = 2500,
266        bleed = 2000,
267        stabbed = 2000,
268        shot = 1500,
269        noInjury = 4000,
270    }
271
```

config.lua 9+ ✕ ... Case 1:25-cv-01340-RGA ... Document 1-7 ... Filed 11/13/25 ... Page 6 of 16 PageID #: 62 ... main.lua 9+ ...

wasabi_ambulance > game > configuration > config.lua > {} Config.DamageDetectThreshold

[ambulance] > qs-hospital-creator > config > main.lua > {} Config.DamageDetectThreshold

```lua
188    Config.DisableLastStandCrawl = false         -- Disable crawling within last stand
189    Config.LastStandTickTime = 5 * seconds       -- Everytime this time passes while in last stand,
190                                                 -- a random amount(8-15) amount of health will be deducted to similuate
191    Config.DisableHeadShotKill = false           -- When enabled, a player who is shot in the head will still go into las
192    Config.StayInVehicleOnDeath = true
193    -- Live injury
195
196    Config.DamageDetectThreshold = { armour = 5, health = 10 } -- Damage threshold to detect injury (Default: {ar
197
199        shot = 2,      -- How much blood rate to loose when shot
200        stabbed = 2,   -- How much blood rate to loose when stabbed
201        beat = 0,      -- How much blood rate to loose when beat
202        burned = 0,    -- How much blood rate to loose when burned
203    }
204
205    Config.BypassInjuryWeapons = { -- Hashes placed in this table will bypass injury reasons
206        `WEAPON_UNARMED`,
207        `WEAPON_STUNGUN`,
208        `WEAPON_DROWNING`,
209        `WEAPON_DROWNING_IN_VEHICLE`,
210        -- `WEAPON_FALL`,
211    }
212
213
214    Config.InjuryNotification = true              -- Enable injury notification?
215    Config.InjuryNotificationFrequency = 1 * minutes -- How often to notify player of injury
216    Config.BlackoutEffect = false                 -- Enable blackout, Ragdoll caused by live injury
217
218    Config.DisableNoJumpInjury = false            -- Disable when being injured that you cant job on occasion
219    Config.EnablePainPills = true                 -- Enable pain pills? Used to aliviate injurys temporarily
220
221    Config.PainPills = {                          -- Add more as you please. The level field simulates the seve
222        -- ['ITEM_NAME'] = { label = 'ITEM_LABEL', duration = SECONDS }
223        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
224        ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
225        ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
226        ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
227        ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
228        ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
229        ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
230    }
231    }
232
233    -- 3rd party scripts
234    Config.wasabi_crutch = { -- If you use wasabi_crutch:
235        ----------------------------------------------
236        --           If you use wasabi_crutch        --
237        --  https://store.wasabiscripts.com/category/2080869 --
238        ----------------------------------------------
239
240        -- Crutch Settings
241        crutchInMedbag = { -- Enabled? Item name? REQUIRES WASABI_CRUTCH
```

```lua
275    }
276
277    Config.EnableInjury = true
278
279    -- Threshold for detecting injury
280    Config.DamageDetectThreshold = {
281        armour = 5,
282        health = 5
283    }
284
285    Config.InjuryNotification = true
286    Config.InjuryNotificationInterval = 1 * 60000 -- Time interval (in milliseconds) between injury notifications
287
288    Config.DisableNoJumpInjury = false            -- Disable when being injured that you cant job on occasion
289    Config.EnablePainPills = true                 -- Enable pain pills? Used to aliviate injurys temporarily
290
291    -- identical to wasabi_ambulance items for easy compatibility with wasabi
292    -- if it exceeds level 10, it could be fatal.
293    Config.PainPills = {
294        ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
295        ['morphine15'] = { label = 'Morphine 15MG', duration = 50, level = 5 },
296        ['perc30'] = { label = 'Percocet 30MG', duration = 60, level = 6 },
297        ['perc10'] = { label = 'Percocet 10MG', duration = 45, level = 4 },
298        ['perc5'] = { label = 'Percocet 5MG', duration = 30, level = 2 },
299        ['vic10'] = { label = 'Vicodin 10MG', duration = 40, level = 3 },
300        ['vic5'] = { label = 'Vicodin 5MG', duration = 20, level = 2 },
301    }
302
303    Config.BleedMultiplier = {
304        shot = 2,      -- Blood loss rate multiplier when shot (2x = 2 times faster blood loss)
305        stabbed = 2,   -- Blood loss rate multiplier when stabbed (2x = 2 times faster blood loss)
306        beat = 0,      -- Blood loss rate multiplier when beaten (0 = no blood loss)
307        burned = 0,    -- Blood loss rate multiplier when burned (0 = no blood loss)
308    }
309
310    -- Bandage item
311    Config.BandageItem = {
312        enable = true,
313        item = 'bandage',
314        regeneration = 50, -- Regeneration percentage (default 50%)
315        healBleed = false, -- Fix bleed? (When a player bleeds from a gun, he can treat himself without going to
316        duration = 7 * 1000 -- Progress duration
317    }
318
319    -- Don't forget: player must be admin to access the creator menu.
320    Config.CreatorJobs = { -- Jobs allowed to create crafting tables
321        'realestate',
322        'police',
323    }
324
325    Config.CreatorDefaultItems = {
326        { name = 'medbag',    label = 'Medical Bag',   price = 1000, description = 'Medical Bag' },
327        { name = 'medikit',   label = 'First-Aid Kit', price = 250,  description = 'First-Aid Kit' },
328        { name = 'morphine30', label = 'Morphine 30MG', price = 100, description = 'Morphine 30MG' },
```

Left panel: `wasabi_ambulance > game > configuration > ● config.lua > {} Config.BleedMultiplier`

```lua
194   Config.EnableLiveInjury = true                       -- Enable live injury system?
195
196   Config.DamageDetectThreshold = { armour = 5, health = 10 } -- Damage threshold to detect injury (Default: {arm
197
198   Config.BleedMultiplier = {
199       shot    = 2,    -- How much blood rate to loose when shot
200       stabbed = 2,    -- How much blood rate to loose when stabbed
201       beat    = 0,    -- How much blood rate to loose when beat
202       burned  = 0,    -- How much blood rate to loose when burned
203   }
204
205   Config.BypassInjuryWeapons = { -- Hashes placed in this table will bypass injury reasons
206       `WEAPON_UNARMED`,
207       `WEAPON_STUNGUN`,
208       `WEAPON_DROWNING`,
209       `WEAPON_DROWNING_IN_VEHICLE`,
210       -- `WEAPON_FALL`,
211   }
212
213
214   Config.InjuryNotification = true                     -- Enable injury notification?
215   Config.InjuryNotificationFrequency = 1 * minutes     -- How often to notify player of injury
216   Config.BlackoutEffect = false                        -- Enable blackout, Ragdoll caused by live injury
217
218   Config.DisableNoJumpInjury = false                   -- Disable when being injured that you cant job on occasion
219   Config.EnablePainPills = true                        -- Enable pain pills? Used to aliviate injurys temporarily
220
221   Config.PainPills = {                                 -- Add more as you please. The level field simulates the seve
222       --   ['ITEM_NAME'] = { label = 'ITEM_LABEL', duration = SECONDS }
223       ['morphine30'] = { label = 'Morphine 30MG', duration = 120, level = 9 },
224       ['morphine15'] = { label = 'Morphine 15MG', duration = 50,  level = 5 },
225       ['perc30']     = { label = 'Percocet 30MG', duration = 60,  level = 6 },
226       ['perc10']     = { label = 'Percocet 10MG', duration = 45,  level = 4 },
227       ['perc5']      = { label = 'Percocet 5MG',  duration = 30,  level = 2 },
228       ['vic10']      = { label = 'Vicodin 10MG',  duration = 40,  level = 3 },
229       ['vic5']       = { label = 'Vicodin 5MG',   duration = 20,  level = 2 },
230
231   }
232
233   -- 3rd party scripts
234   Config.wasabi_crutch = { -- If you use wasabi_crutch:
235       ----------------------------------------------------------------
236       --             If you use wasabi_crutch             --
237       -- https://store.wasabiscripts.com/category/2080869 --
238       ----------------------------------------------------------------
239
240       -- Crutch Settings
241       crutchInMedbag = { -- Enabled? Item name? REQUIRES WASABI_CRUTCH
242           enabled = false,
243           item = 'crutch'
244       },
245       crutchInJobMenu = false,  -- Crutch menu accessible from job menu if true. REQUIRES WASABI_CRUTCH
246       crutchOnCheckIn = { --  Place crutch for certain amount of time if they visit the hospital or bleedout
247           enabled = false,   -- Requires wasabi_crutch
```

Right panel: `[ambulance] > qs-hospital-creator > config > ● main.lua > {} Config.BleedMultiplier`

```lua
293   Config.PainPills = {
298       ['perc5']  = { label = 'Percocet 5MG',  duration = 30, level = 2 },
299       ['vic10']  = { label = 'Vicodin 10MG',  duration = 40, level = 3 },
300       ['vic5']   = { label = 'Vicodin 5MG',   duration = 20, level = 2 },
301   }
302
303   Config.BleedMultiplier = {
304       shot    = 2,  -- Blood loss rate multiplier when shot (2x = 2 times faster blood loss)
305       stabbed = 2,  -- Blood loss rate multiplier when stabbed (2x = 2 times faster blood loss)
306       beat    = 0,  -- Blood loss rate multiplier when beaten (0 = no blood loss)
307       burned  = 0,  -- Blood loss rate multiplier when burned (0 = no blood loss)
308   }
309
310   -- Bandage item
311   Config.BandageItem = {
312       enable = true,
313       item = 'bandage',
314       regeneration = 50,   -- Regeneration percentage (default 50%)
315       healBleed = false,   -- Fix bleed? (When a player bleeds from a gun, he can treat himself without going to
316       duration = 7 * 1000 -- Progress duration
317   }
318
319   -- Don't forget: player must be admin to access the creator menu.
320   Config.CreatorJobs = { -- Jobs allowed to create crafting tables
321       'realestate',
322       'police',
323   }
324
325   Config.CreatorDefaultItems = {
326       { name = 'medbag',     label = 'Medical Bag',    price = 1000, description = 'Medical Bag' },
327       { name = 'medikit',    label = 'First-Aid Kit',  price = 250,  description = 'First-Aid Kit' },
328       { name = 'morphine30', label = 'Morphine 30MG',  price = 100,  description = 'Morphine 30MG' },
329       { name = 'morphine10', label = 'Morphine 10MG',  price = 45,   description = 'Morphine 10MG' },
330       { name = 'perc30',     label = 'Percocet 30MG',  price = 60,   description = 'Percocet 30MG' },
331       { name = 'perc10',     label = 'Percocet 10MG',  price = 40,   description = 'Percocet 10MG' },
332       { name = 'perc5',      label = 'Percocet 5MG',   price = 30,   description = 'Percocet 5MG' },
333       { name = 'vic10',      label = 'Vicodin 10MG',   price = 30,   description = 'Vicodin 10MG' },
334       { name = 'vic5',       label = 'Vicodin 5MG',    price = 15,   description = 'Vicodin 5MG' },
335   }
336
337   -- Doesn't allow emergency services to revive players without treatment every part of the damaged body
338   Config.ForceTreatmentForRevive = true
339
340   -- This items can only usable by ambulance staff (item names are similar to wasabi_ambulance for easy compatib
341   Config.AmbulanceItems = {
342       revive = {
343           item = 'defib',
344           label = 'Defibrillator',
345           remove = false -- remove item after use
346       },
347       heal = {
348           item = 'medikit',
349           label = 'Medikit',
350           duration = 1000,
```

config.lua 9+ ● | Case 1:25-cv-01340-RGA Document 1-7 | main.lua 9+ ●

wasabi_ambulance > game > configuration > config.lua > {} Config.Bandages
[ambulance] > qs-hospital-creator > config > main.lua > {} Config.AmbulanceItems > {} medbag

```lua
344    Config.EMSItems = {
345        revive = {
346            item = 'defib',          -- Item used for reviving
347            remove = false           -- Remove item when using?
348        },
349        heal = {
350            item = 'medikit',        -- Item used for healing
351            duration = 5 * seconds,  -- Time to use
352            healBleed = true,        -- Heal bleed?
353            remove = true            -- Remove item when using?
354        },
355        sedate = {
356            item = 'sedative',       -- Item used to sedate players temporarily
357            duration = 8 * seconds,  -- Time sedative effects last
358            remove = true            -- Remove item when using?
359        },
360        medbag = 'medbag',           -- Medbag item name used for getting supplies to treat patient
361    }
362
363    Config.ReviveRewards = {
364        enabled = true,              -- Enable cash rewards for reviving
365        paymentAccount = 'money',    -- If you have old ESX 1.1 you may need to switch to 'cash'
366        no_injury = 4000,            -- If above enabled, how much reward for fully treated patient with no injury
367        burned = 3000,               -- How much if player is burned and revived without being treated
368        beat = 2500,                 -- So on, so forth
369        stabbed = 2000,
370        bleedout = 2000,             -- NEW
371        shot = 1500,
372    }
373
374    Config.ReviveHealth = { -- How much health to deduct for those revived without proper treatment
375        shot = 60,                   -- Ex. If player is shot and revived without having the gunshots treated; they will re
376        stabbed = 50,
377        beat = 40,
378        burned = 20
379    }
380
381    Config.ReviveTime = 12 * seconds   -- Time to revive player
382    Config.TreatmentTime = 9 * seconds -- Time to perform treatment
383    Config.DiagnoseTime = 7 * seconds  -- Time to diagnose patient
384
385    Config.TreatmentItems = {
386        shot = 'tweezers',
387        stabbed = 'suturekit',
388        beat = 'icepack',
389        burned = 'burncream'
390    }
391
392    Config.lowHealthAlert = {
393        enabled = false,
394        health = 140, -- Notify when at HP (200 full health / 100 is death)
395        notification = {
396            title = 'ATTENTION',
```

```lua
340    -- This items can only usable by ambulance staff (item names are similar to wasabi_ambulance for easy compatib
341    Config.AmbulanceItems = {
342        revive = {
343            item = 'defib',
344            label = 'Defibrillator',
345            remove = false -- remove item after use
346        },
347        heal = {
348            item = 'medikit',
349            label = 'Medikit',
350            duration = 1000,
351            healBleed = true,
352            remove = true
353        },
354        sedate = {
355            item = 'sedative',
356            label = 'Sedative',
357            duration = 8 * 60000,
358            remove = true
359        },
360        medbag = {
361            enable = true,
362            item = 'medbag',
363            label = 'Med Bag',
364            remove = true
365        }
366    }
367
368    Config.MedBagObject = joaat('xm_prop_x17_bag_med_01a')
369
370    -- Disables creating injuries from these weapons
371    Config.InjuryWeaponBlacklist = {
372        `WEAPON_DROWNING_IN_VEHICLE`,
373        `WEAPON_UNARMED`,
374        `WEAPON_STUNGUN`,
375        `WEAPON_DROWNING`,
376    }
377
378    -- Enabled keys while dead
379    Config.EnabledKeysWhileDead = {
380        1,    -- camera pan
381        2,    -- camera tilt
382        38,   -- e
383        46,   -- e
384        47,   -- g
385        245   -- t
386    }
387
388    Config.FreeModeKeys = {
389        ChangeKey = Keys['LEFTCTRL'],    -- Key to toggle free mode controls.
390
391        MoreSpeed = Keys['.'],           -- Increase movement speed.
392        LessSpeed = Keys[','],           -- Decrease movement speed.
```

wasabi_ambulance > game > configuration > locales > en.lua > {} Strings > ply_injury_head

[ambulance] > qs-hospital-creator > locales > {} en.json > ply_injury_head

```lua
  7  Strings = {
 49      not_occupied_stretcher_desc = 'This stretcher is not occupied.',
 50      stretcher_placement_blocked = 'Placement Blocked',
 51      stretcher_placement_blocked_desc = 'You can not place the stretcher here!',
 52
 53      knocked_out = 'Knocked Out',
 54      knocked_out_desc = 'You were knocked out cold!',
 55      checkin_cooldown = 'Check-in Cooldown',
 56      checkin_cooldown_desc = 'You are attempting to check-in too fast, please wait a moment.',
 57      checkingin_progress = 'Checking In. . .',
 59      ply_injury_head = 'head',
 60      ply_injury_neck = 'neck',
 61      ply_injury_spine = 'spine',
 62      ply_injury_upper = 'upper body',
 63      ply_injury_lower = 'lower body',
 64      ply_injury_left_arm = 'left arm',
 65      ply_injury_left_leg = 'left leg',
 66      ply_injury_right_arm = 'right arm',
 67      ply_injury_right_leg = 'right leg',
 68      diagnosing_patient_progress = 'Diagnosing Patient. . .',
 69      treating_patient_progress = 'Treating Patient. . .',
 70      recovering_progress = 'Recovering. . .',
 71      injury_report = 'Injury Report',
 72      none = 'None',
 73      mild = 'Mild',
 74      moderate = 'Moderate',
 75      severe = 'Severe',
 76      deadly = 'Deadly',
 77      injury_report_locations = 'Location',
 78      injury_report_type = 'Injury Type: %s',
 79      injury_report_severity = 'Severity: %s',
 80      injury_report_bleed = 'Blood Loss',
 81      light_injury_title = 'Light Injury',
 82      moderate_injury_title = 'Moderate Injury',
 83      extreme_injury_title = 'Extreme Injury',
 84      injury_bleed_notify = 'Injury & Bleeding Alert',
 85      light_injury_desc = 'Your %s is injured, consider visiting a doctor!',
 86      moderate_injury_desc = 'Your %s is very injured, you need a doctor!',
 87      extreme_injury_desc = 'Your %s is tremendously injured. You need to get to the doctor before it is too late
 88      injury_msg_one = 'You have a significant injury.',
 89      injury_msg_two = 'You have a serious injury.',
 90      injury_msg_three = 'You have a severe injury.',
 91      injury_msg_four = 'You have a critical injury.',
 92      bleed_msg_one = 'You\'re bleeding.',
 93      bleed_msg_two = 'You\'re bleeding badly. Apply some pressure.',
 94      bleed_msg_three = 'You\'re going to bleed out!',
 95      fainted_title = 'Fainted',
 96      fainted_so_high_desc = 'You fainted from being so high.',
 97      cant_jump_title = 'Can\'t Jump!',
 98      cant_jump_desc = 'You are too injured to attempt to jump',
 99      blackout_title = 'Lost Consciousness',
100      blackout_desc = 'You lost consciousness due to your %s injury! Seek medical attention immediately!',
101      treated_fully_desc = 'You have been treated and are feeling better than ever!',
```

```json
 23      "stabbed": "Stabbed",
 24      "burned": "Burned",
 25      "injury_report_type": "Injury Type: {{type}}",
 26      "injury_report_bleed": "Bleeding",
 27      "injury_report_severity": "Severity: {{severity}}",
 28      "light_injury_title": "Light Injury",
 29      "light_injury_desc": "Your %s is injured, consider visiting a doctor",
 30      "moderate_injury_title": "Moderate Injury",
 31      "moderate_injury_desc": "{{label}}",
 32      "extreme_injury_title": "Extreme Injury",
 34      "ply_injury_head": "Head",
 35      "ply_injury_neck": "Neck",
 36      "ply_injury_spine": "Spine",
 37      "ply_injury_upper": "Upper Body",
 38      "ply_injury_lower": "Lower Body",
 39      "ply_injury_left_arm": "Left Arm",
 40      "ply_injury_left_leg": "Left Leg",
 41      "ply_injury_right_arm": "Right Arm",
 42      "ply_injury_right_leg": "Right Leg",
 43      "blackout_desc": "You lost consciousness due to your {{location}} injury! Seek medical attention immediate
 44      "not_enough_funds_desc": "You do not have enough funds to check in",
 45      "store": "Store",
 46      "store_title": "Medical Supplies",
 47      "store_description": "Health Supplies",
 48      "max_on_duty_reached": "You cannot check in because there are already {{max}} on duty",
 49      "you_are_inspecting": "You are inspecting from a emergency, you cannot move",
 50      "invalid_billing_system": "Your bill script is not supported...",
 51      "check_in": {
 52          "text": "[E] - Check In",
 53          "target_text": "Check In",
 54          "hospital": "You have been checked in",
 55          "cooldown": "You must wait {{time}} seconds before checking in again",
 56          "recovering": "Recovering...",
 57          "checking_in": "Checking in...",
 58          "busy": "You are already checking in"
 59      },
 60      "garage": {
 61          "access_text": "[E] - Access Garage",
 62          "access_target_text": "Garage",
 63          "store_text": "[E] - Store Vehicle",
 64          "store_target_text": "Store Vehicle",
 65          "no_vehicles": "No vehicles found for your grade",
 66          "menu_title": "Ambulance Garage",
 67          "spawn_blocked": "Spawn blocked"
 68      },
 69      "wardrobe": {
 70          "text": "[E] - Access Wardrobe",
 71          "target_text": "Wardrobe",
 72          "menu_title": "Ambulance Wardrobe",
 73          "menu_clothes": "Change Clothes",
 74          "menu_delete": "Delete Clothes"
 75      },
 76      "stash": {
```

Left file: `wasabi_ambulance > game > configuration > locales > en.lua > {} Strings`

```lua
  7    rings = {
 61        ply_injury_spine = 'spine',
 62        ply_injury_upper = 'upper body',
 63        ply_injury_lower = 'lower body',
 64        ply_injury_left_arm = 'left arm',
 65        ply_injury_left_leg = 'left leg',
 66        ply_injury_right_arm = 'right arm',
 67        ply_injury_right_leg = 'right leg',
 68        diagnosing_patient_progress = 'Diagnosing Patient. . .',
 69        treating_patient_progress = 'Treating Patient. . .',
 70        recovering_progress = 'Recovering. . .',
 71        injury_report = 'Injury Report',
 72        none = 'None',
 73        mild = 'Mild',
 74        moderate = 'Moderate',
 75        severe = 'Severe',
 76        deadly = 'Deadly',
 77        injury_report_locations = 'Location',
 78        injury_report_type = 'Injury Type: %s',
 79        injury_report_severity = 'Severity: %s',
 80        injury_report_bleed = 'Blood Loss',
 81        light_injury_title = 'Light Injury',
 82        moderate_injury_title = 'Moderate Injury',
 83        extreme_injury_title = 'Extreme Injury',
 84        injury_bleed_notify = 'Injury & Bleeding Alert',
 85        light_injury_desc = 'Your %s is injured, consider visiting a doctor!',
 86        moderate_injury_desc = 'Your %s is very injured, you need a doctor!',
 87        extreme_injury_desc = 'Your %s is tremendously injured. You need to get to th
 88        injury_msg_one = 'You have a significant injury.',
 89        injury_msg_two = 'You have a serious injury.',
 90        injury_msg_three = 'You have a severe injury.',
 91        injury_msg_four = 'You have a critical injury.',
 92        bleed_msg_one = 'You\'re bleeding.',
 93        bleed_msg_two = 'You\'re bleeding badly. Apply some pressure.',
 94        bleed_msg_three = 'You\'re going to bleed out!',
 95        fainted_title = 'Fainted',
 96        fainted_so_high_desc = 'You fainted from being so high.',
 97        cant_jump_title = 'Can\'t Jump!',
 98        cant_jump_desc = 'You are too injured to attempt to jump',
 99        blackout_title = 'Lost Consciousness',
100        blackout_desc = 'You lost consciousness due to your %s injury! Seek medical a
101        treated_fully_desc = 'You have been treated and are feeling better than ever
102        treated_not_fully_desc = 'You have been treated but need additional treatment
103        prescription_menu = 'Prescriptions Menu',
104        prescription_menu_desc = 'Access and manage prescriptions',
105        no_stretcher_detected = 'No Stretcher',
106        no_stretcher_detected_desc = 'There was not an active stretcher detected!',
107        cant_run = 'Can\'t Sprint',
108        cant_run_desc = 'You are too injured to sprint!',
109        no_back_seat = 'No Available Seats',
110        no_back_seat_desc = 'There are no seats in the back of this ambulance',
111        enter_vehicle_back = 'Enter Ambulance (Rear)',
112        stretcher_already_deployed = 'Stretcher Already Deployed',
113        stretcher_already_deployed_desc = 'The stretcher allocated to this ambulance
```

Right file: `[ambulance] > qs-hospital-creator > locales > {} en.json`

```json
  5        "no_vehicle_n
  6        "player_name_not_found": "Player name not found",
  7        "no_item": "You do not have the item {{item}}",
  8        "vehicle_not_ambulance": "This vehicle is not an ambulance vehicle",
  9        "male": "Mr",
 10        "female": "Mrs",
 11        "busy": "You are already doing something",
 12        "last_time_down": "You are down for the last time",
 13        "not_ems": "You are not an ambulance staff or you are not on duty",
 14        "healed": "You have been healed",
 15        "revived": "You have been revived",
 16        "none": "None",
 17        "mild": "Mild",
 18        "moderate": "Moderate",
 19        "severe": "Severe",
 20        "deadly": "Deadly",
 21        "shot": "Shot",
 22        "beat": "Beat",
 23        "stabbed": "Stabbed",
 24        "burned": "Burned",
 25        "injury_report_type": "Injury Type: {{type}}",
 26        "injury_report_bleed": "Bleeding",
 27        "injury_report_severity": "Severity: {{severity}}",
 28        "light_injury_title": "Light Injury",
 29        "light_injury_desc": "Your %s is injured, consider visiting a doctor",
 30        "moderate_injury_title": "Moderate Injury",
 31        "moderate_injury_desc": "{{label}}",
 32        "extreme_injury_title": "Extreme Injury",
 33        "extreme_injury_desc": "{{label}}",
 34        "ply_injury_head": "Head",
 35        "ply_injury_neck": "Neck",
 36        "ply_injury_spine": "Spine",
 37        "ply_injury_upper": "Upper Body",
 38        "ply_injury_lower": "Lower Body",
 39        "ply_injury_left_arm": "Left Arm",
 40        "ply_injury_left_leg": "Left Leg",
 41        "ply_injury_right_arm": "Right Arm",
 42        "ply_injury_right_leg": "Right Leg",
 43        "blackout_desc": "You lost conciousness due to your {{location}} injury! S
 44        "not_enough_funds_desc": "You do not have enough funds to check in",
 45        "store": "Store",
 46        "store_title": "Medical Supplies",
 47        "store_description": "Health Supplies",
 48        "max_on_duty_reached": "You cannot check in because there are already {{ma
 49        "you_are_inspecting": "You are inspecting from a emergency, you cannot mov
 50        "invalid_billing_system": "Your bill script is not supported...",
 51        "check_in": {
 52            "text": "[E] - Check In",
 53            "target_text": "Check In",
 54            "hospital": "You have been checked in",
 55            "cooldown": "You must wait {{time}} seconds before checking in again",
 56            "recovering": "Recovering...",
 57            "checking_in": "Checking in...",
 58            "busy": "You are already checking in"
```

wasabi_ambulance > game > configuration > locales > en.lua > {} Strings > shot

[ambulance] > qs-hospital-creator > locales > {} en.json > ...

```lua
  7      Strings = {
                                    to a nearby patient',
176          shot = 'gunshot',
177          stabbed = 'stab',
178          beat = 'blunt-forced trama',
179          burned = 'burn',
180          other = 'unknown',
181          JobMenuTitle = 'EMS Menu',
182          dispatch = 'Dispatch',
183          dispatch_desc = 'Check for players in need of assistance',
184          DispatchMenuTitle = 'Dispatch',
185          GoBack = 'Go Back',
186          key_map_text = 'Ambulance Job Menu',
187          assistance_title = 'Assistance Requested',
188          assistance_desc = 'A person has requested medical assistance!',
189          respawn_available_in = 'Respawn available in ~r~%s minutes %s seconds~s~\n
190          respawn_bleedout_in = 'You will bleed out in ~r~%s minutes %s seconds~s~\n
191          respawn_bleedout_prompt = 'Hold [~r~E~s~] to respawn',
192          distress_send = 'Press [~r~G~s~] to send distress signal to EMS',
193          distress_sent_title = 'Assistance Requested',
194          distress_sent_desc = 'Distress signal has been sent to available units!',
195          route_set_title = 'Route Set',
196          route_set_desc = 'A waypoint has been set to the distressed person!',
197          diagnose_patient = 'Diagnose',
198          diagnose_patient_desc = 'Diagnose the closest injured person',
199          no_requests = 'No active requests',
200          revive_patient = 'Revive',
201          revive_patient_desc = 'Attempt to revive nearby person',
202          heal_patient = 'Heal',
203          heal_patient_desc = 'Attempt to heal nearby person',
204          sedate_patient = 'Sedate',
205          sedate_patient_desc = 'Temporarily sedate nearby person',
206          drag_patient = 'Drag',
207          drag_patient_desc = 'Drag nearby injured person',
208          place_stretcher_target = 'Add or Remove Patient',
209          place_patient = 'Place in/out Vehicle',
210          place_patient_desc = 'Place unconscious nearby person in/out of vehicle',
211
212          no_nearby = 'Not Found',
213          no_nearby_desc = 'There appears to be nobody around',
214          no_injury = 'No Injury',
215          no_injury_desc = 'Person doesn\'t appear to need any treatment',
216          no_injury_dead_desc =
217          'The patient doesn\'t appear to need additional treatment. Try to use the
218          player_injury = 'Person Injured',
219          player_injury_desc = 'This person has appears to have a %s wound',
220          player_not_unconscious = 'Player Conscious',
221          player_not_unconscious_desc = 'It appears the player is conscious',
222          player_unconscious = 'Player Unconscious',
223          player_unconscious_desc = 'Patient is required to be conscious for this tr
224          player_reviving = 'Reviving',
225          player_reviving_desc = 'Reviving patient in progress',
226          player_noitem = 'Missing Item',
227          player_noitem_desc = 'You lack the required item for this!',
```

```json
                "severe": "Severe",
 20             "deadly": "Deadly",
 21             "shot": "Shot",
 22             "beat": "Beat",
 23             "stabbed": "Stabbed",
 24             "burned": "Burned",
 25             "injury_report_type": "Injury Type: {{type}}",
 26             "injury_report_bleed": "Bleeding",
 27             "injury_report_severity": "Severity: {{severity}}",
 28             "light_injury_title": "Light Injury",
 29             "light_injury_desc": "Your %s is injured, consider visiting a doctor",
 30             "moderate_injury_title": "Moderate Injury",
 31             "moderate_injury_desc": "{{label}}",
 32             "extreme_injury_title": "Extreme Injury",
 33             "extreme_injury_desc": "{{label}}",
 34             "ply_injury_head": "Head",
 35             "ply_injury_neck": "Neck",
 36             "ply_injury_spine": "Spine",
 37             "ply_injury_upper": "Upper Body",
 38             "ply_injury_lower": "Lower Body",
 39             "ply_injury_left_arm": "Left Arm",
 40             "ply_injury_left_leg": "Left Leg",
 41             "ply_injury_right_arm": "Right Arm",
 42             "ply_injury_right_leg": "Right Leg",
 43             "blackout_desc": "You lost conciousness due to your {{location}} injury! S
 44             "not_enough_funds_desc": "You do not have enough funds to check in",
 45             "store": "Store",
 46             "store_title": "Medical Supplies",
 47             "store_description": "Health Supplies",
 48             "max_on_duty_reached": "You cannot check in because there are already {{ma
 49             "you_are_inspecting": "You are inspecting from a emergency, you cannot mov
 50             "invalid_billing_system": "Your bill script is not supported...",
 51             "check_in": {
 52                 "text": "[E] - Check In",
 53                 "target_text": "Check In",
 54                 "hospital": "You have been checked in",
 55                 "cooldown": "You must wait {{time}} seconds before checking in again",
 56                 "recovering": "Recovering...",
 57                 "checking_in": "Checking in...",
 58                 "busy": "You are already checking in"
 59             },
 60             "garage": {
 61                 "access_text": "[E] - Access Garage",
 62                 "access_target_text": "Garage",
 63                 "store_text": "[E] - Store Vehicle",
 64                 "store_target_text": "Store Vehicle",
 65                 "no_vehicles": "No vehicles found for your grade",
 66                 "menu_title": "Ambulance Garage",
 67                 "spawn_blocked": "Spawn blocked"
 68             },
 69             "wardrobe": {
 70                 "text": "[E] - Access Wardrobe",
 71                 "target_text": "Wardrobe",
 72                 "menu_title": "Ambulance Wardrobe",
 73                 "menu_clothes": "Change Clothes"
```

```
29        injuries = 'Current Injuries',
30                                                                          "stretcher": {
31        get_off_stretcher_ui = '[E] - Get Off Stretcher',                  "not_sync": "Stretcher could not sync, there are too many objects in the world or you can no longer create a sync
32        move = 'Move',                                                     "occupied": "Stretcher is occupied",
33        move_desc = 'Move the stretcher',                                  "not_occupied": "No one is on the stretcher",
34        put_in_vehicle = 'Put in Vehicle',                                 "text": "Press [E] to place stretcher",
35        stretcher_in_vehicle = 'Deposit Stretcher',                        "drop_blocked": "You cannot drop the stretcher here",
36        put_in_vehicle_desc = 'Put the stretcher in a vehicle',            "drop_text": "Press [E] to drop stretcher",
37        place_on_stretcher = 'Place Patient',                              "move": "Move",
38        place_on_stretcher_desc = 'Place a patient on the stretcher',      "move_description": "Move the stretcher",
39        remove_from_stretcher = 'Remove Patient',                          "put_in_vehicle": "Put in Vehicle",
40        remove_from_stretcher_desc = 'Remove a patient from the stretcher',"put_in_vehicle_description": "Put the stretcher in the vehicle",
41        not_found = 'Not Found',                                           "place_patient": "Place Patient",
42        already_occupied_ambulance = 'Already Occupied',                   "place_patient_description": "Place the patient on the stretcher",
43        already_occupied_ambulance_desc = 'This ambulance is already occupied!', "get_off_patient": "Get Off Patient",
44        already_occupied_stretcher = 'Already Occupied',                   "get_off_patient_description": "Get off the patient from the stretcher",
45        already_occupied_stretcher_desc = 'This stretcher is already occupied!', "delete_stretcher": "Delete Stretcher",
46        vehicle_occupied = 'Vehicle Occupied',                             "delete_stretcher_description": "Delete the stretcher",
47        vehicle_occupied_desc = 'There can not be a person driving while doing this!', "menu_title": "Stretcher Menu",
48        not_occupied_stretcher = 'Not Occupied',                           "interact_text": "Press [E] to interact with stretcher",
49        not_occupied_stretcher_desc = 'This stretcher is not occupied!',   "already_deployed": "The stretcher of this ambulance has already been removed",
50        stretcher_placement_blocked = 'Placement Blocked',                 "ambulance_occupied": "This ambulance is already occupied",
51        stretcher_placement_blocked_desc = 'You can not place the stretcher here!', "vehicle_seat_occupied": "There can not be a person driving while doing this",
52                                                                           "stretcher.npc_stretcher": "You are already using a npc stretcher. Please put it on vehicle and try again."
          194                                                                 }
```

en.lua ✕     Case 1:25-cv-01340-RGA ... Document 1-3    Filed 11/03/25    Page 13 of 16 PageID #: 69    {} en.json ✕

wasabi_ambulance > game > configuration > locales > en.lua > {} Strings > medbag_tweezers     [ambulance] > qs-hospital-creator > locales > {} en.json > {} stretcher > put_in_vehicle_description

```lua
  7      rings = {
250          medbag = 'Medical Bag',
251          medbag_tweezers = 'Tweezers',
252          medbag_tweezers_desc = 'Used to remove bullets',
253          medbag_suture = 'Suture Kit',
254          medbag_suture_desc = 'Used to stitch wounds',
255          medbag_icepack = 'Ice Pack',
256          medbag_icepack_desc = 'Used to reduce swelling',
257          medbag_burncream = 'Burn Cream',
258          medbag_burncream_desc = 'Used to treat burns',
259          medbag_defib = 'Defibrillator',
260          medbag_defib_desc = 'For reviving patients',
261          medbag_medikit = 'Medkit',
262          medbag_medikit_desc = 'Used for healing patients',
263          medbag_sedative = 'Sedative',
264          medbag_sedative_desc = 'Used to sedate patients',
265          medbag_stretcher = 'Foldable Stretcher',
266          medbag_stretcher_desc = 'Used for moving patients',
267          item_grab = 'You have pulled a tool from your medical bag',
268          wrong_equipment = 'Wrong Equipment!',
269          wrong_equipment_desc = 'Have you even been trained?',
270          player_not_injured = 'Not Injured',
271          player_not_injured_desc =
272              'This person does not appear to need any extra treatment and is clear for the defibrillator',
273          player_treated = 'Treated',
274          player_treated_desc = 'You have successfully treated the patient',
275          revive_command_help = 'An admin command to revive players',
```

```json
209          "medcall": {
248              "delivered_civilian": "You delivered the civilian. You earn {{amount}}"
249          },
250          "interaction": {
251              "not_allowed": "You are not allowed to use this menu"
252          },
253          "medbag": {
254              "title": "Medbag",
255              "pickup_target_text": "Pick Up Medbag",
256              "interact_target_text": "Interact Medbag",
257              "interact": "[E] - Interact",
258              "drop_bag": "[E] - Drop Bag",
259              "tweezers": "Tweezers",
260              "tweezers_description": "Use tweezers to remove foreign objects from the patient's body",
261              "suture": "Suture",
262              "suture_description": "Use suture to close wounds on the patient's body",
263              "icepack": "Icepack",
264              "icepack_description": "Use icepack to reduce swelling and pain on the patient's body",
265              "burncream": "Burn Cream",
266              "burncream_description": "Use burn cream to reduce pain and inflammation on the patient's body",
267              "defib": "Defibrillator",
268              "defib_description": "Use defibrillator to revive the patient",
269              "medikit": "Medikit",
270              "medikit_description": "Use medikit to heal the patient",
271              "sedative": "Sedative",
272              "sedative_description": "Use sedative to sedate the patient",
273              "item_given": "You have been given {{item}}"
274          },
275          "injury": {
```



# Wasabi Scripts



# Quasar Store



## QUASAR DEBUG PRINTS

```
script:qs-hospital-creator  {
script:qs-hospital-creator      "upper_body": {
script:qs-hospital-creator          "level": 0,
script:qs-hospital-creator          "bone": 38,
script:qs-hospital-creator          "label": "Upper Body",
script:qs-hospital-creator          "limp": false,
script:qs-hospital-creator          "bleed": 0
script:qs-hospital-creator      },
script:qs-hospital-creator      "right_arm": {
script:qs-hospital-creator          "level": 0,
script:qs-hospital-creator          "bone": 70,
script:qs-hospital-creator          "label": "Right Arm",
script:qs-hospital-creator          "limp": false,
script:qs-hospital-creator          "bleed": 0
script:qs-hospital-creator      },
script:qs-hospital-creator      "spine": {
script:qs-hospital-creator          "level": 0,
script:qs-hospital-creator          "bone": 97,
script:qs-hospital-creator          "label": "Spine",
script:qs-hospital-creator          "limp": true,
script:qs-hospital-creator          "bleed": 0
script:qs-hospital-creator      },
script:qs-hospital-creator      "head": {
script:qs-hospital-creator          "level": 0,
script:qs-hospital-creator          "bone": 103,
script:qs-hospital-creator          "label": "Head",
script:qs-hospital-creator          "limp": false,
script:qs-hospital-creator          "bleed": 0
script:qs-hospital-creator      },
script:qs-hospital-creator      "left_arm": {
script:qs-hospital-creator          "level": 0,
script:qs-hospital-creator          "bone": 41,
script:qs-hospital-creator          "label": "Left Arm",
script:qs-hospital-creator          "limp": false,
script:qs-hospital-creator          "bleed": 0
script:qs-hospital-creator      },
script:qs-hospital-creator      "left_leg": {
script:qs-hospital-creator          "level": 0,
script:qs-hospital-creator          "bone": 3,
script:qs-hospital-creator          "label": "Left Leg",
script:qs-hospital-creator          "limp": true,
script:qs-hospital-creator          "bleed": 0
script:qs-hospital-creator      },
script:qs-hospital-creator      "right_leg": {
script:qs-hospital-creator          "level": 0,
script:qs-hospital-creator          "bone": 23,
script:qs-hospital-creator          "label": "Right Leg",
script:qs-hospital-creator          "limp": true,
script:qs-hospital-creator          "bleed": 0
script:qs-hospital-creator      },
script:qs-hospital-creator      "lower_body": {
script:qs-hospital-creator          "level": 0,
script:qs-hospital-creator          "bone": 1,
script:qs-hospital-creator          "label": "Lower Body",
script:qs-hospital-creator          "limp": true,
script:qs-hospital-creator          "bleed": 0
script:qs-hospital-creator      },
script:qs-hospital-creator      "neck": {
script:qs-hospital-creator          "level": 0,
script:qs-hospital-creator          "bone": 39317,
script:qs-hospital-creator          "label": "Neck",
script:qs-hospital-creator          "limp": false,
script:qs-hospital-creator          "bleed": 0
script:qs-hospital-creator      }
script:qs-hospital-creator  }
```

## Wasabi Scripts

```lua
-------------------For support, scripts, and more-------------------
-----------------     https://discord.gg/wasabiscripts  -----------------
--------------------------------------------------------------------

PlayerSkeleton = {
    head = { label = Strings.ply_injury_head, limp = false, level = 0, bleed = 0 },
    neck = { label = Strings.ply_injury_neck, limp = false, level = 0, bleed = 0 },
    spine = { label = Strings.ply_injury_spine, limp = true, level = 0, bleed = 0 },
    upper_body = { label = Strings.ply_injury_upper, limp = false, level = 0, bleed = 0 },
    lower_body = { label = Strings.ply_injury_lower, limp = true, level = 0, bleed = 0 },
    left_arm = { label = Strings.ply_injury_left_arm, limp = false, level = 0, bleed = 0 },
    left_leg = { label = Strings.ply_injury_left_leg, limp = true, level = 0, bleed = 0 },
    right_arm = { label = Strings.ply_injury_right_arm, limp = false, level = 0, bleed = 0 },
    right_leg = { label = Strings.ply_injury_right_leg, limp = true, level = 0, bleed = 0 },
}
```