# EXHIBIT H

**Subject:** U.S. Copyright Office Application - Confirmation of Receipt
**Date:**     Friday, October 24, 2025 at 2:57:52 PM Pacific Daylight Time
**From:**    Copyright Office
**To:**       Tim J. Billick

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Advanced Ambulance Job were received by the U.S.Copyright Office on 10/24/2025.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-15026304721 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-15026304721. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Subject:** Acknowledgement of Uploaded Deposit

**Date:**    Friday, October 24, 2025 at 3:00:21 PM Pacific Daylight Time

**From:**    Copyright Office

**To:**    Tim J. Billick

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

 The following files were successfully uploaded for service request 1-15026304721

File Name :advanced_ambulance_job_deposit_documents.zip
File Size :24230555 KB
Date/Time :10/24/2025 5:58:15 PM

[THREAD ID: 1-6WILUXT]

United States Copyright Office