**PRACTUS**

WILLIAM R. FIRTH, III, Partner
William.firth@practus.com
1000 N. West St., Ste. 1200
Wilmington, DE 19807
Business: (302) 846-3874

Hon. Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

**RE: Letter to Court in response to Docket Entry No. 8**

Dear Judge Andrews:

The following is a brief update regarding the dispute that is the subject of this litigation. Per their agreement with the software platform FiveM (see Complaint at ¶ 10), defendants were subject to service via email as well as personal jurisdiction. The defendants were served via email by co-counsel Tim Billick on November 11, 2025, as shown in the attached Exhibit A.

The application for copyright over the work at issue was granted on December 22, 2025, as shown in the attached Exhibit B. Plaintiff has been negotiating with various platforms that harbor the accused software code in this matter and believes that it may have effectively removed all known instances of infringement, due in large part to the existence of this lawsuit.

At the moment Plaintiff is weighing its options. Regardless, Plaintiff expects to either voluntarily dismiss this case or seek default judgment extremely soon.

Respectfully,

PRACTUS LLP

William R, Firth, III (No. 4356)
E-mail: William.firth@practus.com
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Ph. 302-846-7834

**Exhibit A:**





2

**Exhibit B:**

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Registration Number

**PA 2-558-042**

Effective Date of Registration:
December 18, 2025
Registration Decision Date:
December 22, 2025

## Title

Title of Work: Advanced Ambulance Job

## Completion/Publication

Year of Completion: 2022
Date of 1st Publication: September 21, 2022
Nation of 1st Publication: United States

## Author

- Author: Wasabi Scripts, LLC
  Author Created: audiovisual work, computer program
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Wasabi Scripts, LLC
173 E Aloha St, Shelton, WA, 98584

## Limitation of copyright claim

Material excluded from this claim: preexisting footage, preexisting music, This Work is a "mod" of the Grand Theft Auto V video game

New material included in claim: audiovisual material, computer program

## Rights and Permissions

Name: Robert Lawler
Email: robby.lawler@icloud.com

## Certification

Page 1 of 2



3



Name: Tim Billick
Date: October 24, 2025
Applicant's Tracking Number: 2849

Correspondence: Yes

Page 2 of 2

