UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WASABI SCRIPTS, LLC, a Washington limited liability corporation,<br><br>     Plaintiff.<br><br><br>   v.<br><br>FERNANDO ARIOSTO, an individual resident of Andorra, and<br><br>QFA TECH SLU d/b/a "Quasar Store,"<br><br><br>     Defendants. | Case No.: 1:25-cv-01340<br><br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Wasabi Scripts, LLC, hereby dismisses this action without prejudice.

DATED May 11, 2026.   By: /s/*William R. Firth III*
             William R. Firth III, No. 4356
             PRACTUS LLP
             E-mail: William.firth@practus.com
             1000 N. West Street, Suite 1200
             Wilmington, DE 19801
             Ph. 302-846-7834


             /s/*Tim J. Billick*
             Tim J. Billick, Wash. Bar. No. 46690
             *Pro hac vice forthcoming*
             PRACTUS LLP
             E-mail: tim.billick@practus.com
             600 First Ave, Ste.102
             Seattle, WA 98104
             Ph. 206-844-6539
             *Attorneys for Plaintiff*

Notice of Voluntary Dismissal

Case No.: 1:25-cv-01340      1



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014